# EXHIBIT 1

# Excerpts of Plan Benefit Information



# HEALTH PLAN OF NEVADA
## A UnitedHealthcare Company



Health Plan of Nevada, Inc. has been awarded an accreditation status of Accredited from the National Committee for Quality Assurance (NCQA), an independent, not-for-profit organization dedicated to measuring the quality of America's health care. Accreditation is for the Commercial HMO and Commercial POS product lines in Nevada.

JULIE E KATZ
NV

# PLAN BENEFIT INFORMATION

ALL WESTERN MORTGAGE
60006973 1001
11292022



**HEALTH PLAN OF NEVADA**
A UnitedHealthcare Company

# *Evidence Of Coverage*

**This Plan may include a Calendar Year Deductible; please refer to the Attachment A Benefit Schedule.**

This Evidence of Coverage ("EOC") describes the healthcare plan made available to Eligible Employees of the Employer (referred to as "Group") and their Eligible Family Members.

Health Plan of Nevada, Inc. ("HPN"), and the Group have agreed to all of the terms of this EOC, and the EOC has been incorporated by reference into the Group Enrollment Agreement ("GEA") entered into by HPN and Group. HPN or the Group, upon appropriate written notice in accordance with the GEA, may terminate this EOC. This plan is guaranteed renewable. The Group is responsible for giving Members notice of termination.

This EOC and your attached Attachment A Benefit Schedule tell you about your benefits, rights and duties as an HPN Member. They also tell you about HPN's duties to you.

This EOC including Attachment A Benefit Schedule and any other Attachments, Endorsements, Riders or Amendments to it, your Enrollment Form, health statements, Member Identification Card and all other applications received by HPN are all part of your HPN membership package. Please read them carefully and keep them in a safe place. **Words that are capitalized are defined in Section 14. – Glossary.**

Please carefully review your EOC and your Attachment A Benefit Schedule to determine which Covered Services require Prior Authorization. Failure of the Member to comply with the requirements of HPN's Managed Care Program and the Prior Authorization process will result in a denial or reduction of benefits.

# *Table of Contents*

SECTION 1.   Eligibility, Enrollment and Effective Date................................................................4

SECTION 2.   Termination ..............................................................................................................6

SECTION 3.   Continuation of Coverage........................................................................................7

SECTION 4.   Managed Care Program .........................................................................................11

SECTION 5.   Obtaining Covered Services...................................................................................12

SECTION 6.   Covered Services ....................................................................................................13

SECTION 7.   Exclusions ..............................................................................................................27

SECTION 8.   Limitations..............................................................................................................34

SECTION 9.   Coordination of Benefits (COB)............................................................................35

SECTION 10.  Subrogation.............................................................................................................37

SECTION 11.  General Provisions..................................................................................................37

SECTION 12.  Pharmacy Provisions..............................................................................................42

SECTION 13.  Appeals Procedures ................................................................................................45

SECTION 14.  Glossary ..................................................................................................................52

Attachment A Benefit Schedule

Attachment B Service Area

Endorsements, if applicable

Riders, if applicable

- A female Member may choose two (2) PCPs:  A General Practice Provider and an Obstetrician or Gynecological Provider. Members may receive benefits only as provided by or approved in advance by the chosen PCP.
- Receive specialty consultation and/or treatment from Plan Providers only upon written Prior Authorization according to HPN's Managed Care Program.
- Obtain Prior Authorization from HPN's Managed Care Program before receiving any non-Emergency Services from Non-Plan Providers.
- Be financially responsible for the cost of services in excess of Eligible Medical Expenses or the Recognized Amount, when applicable, when these services are approved by HPN's Managed Care Program and received outside of HPN's Service Area or from Non-Plan Providers.
- Except in the case of Emergency Services and Urgently Needed Services, be fully responsible for the cost of services not provided by the PCP according to HPN's Managed Care Program or Prior Authorized by the PCP or HPN's Managed Care Program.

| 5.3 | Continuity of Care from Plan Providers |
|---|---|

Termination of a Plan Provider's contract will not release the Provider from treating a Member, except for reasons of medical incompetence or professional misconduct as determined by HPN.

Coverage provided under this section is available until the latest of the following dates:

- The 120th day following the date the contract was terminated between the Provider and HPN; or
- If the medical condition is pregnancy, the 90th day after the date of delivery or if the pregnancy does not end in delivery, the date of the end of the pregnancy.

The Member or Plan Provider may submit a request for continuity of care to the following address.  If the Plan agrees to the continued treatment, the Plan will pay for Covered Services at the Plan Provider level of benefits for a limited time, as outlined above.  The Plan Provider may not seek payment from the Member for any amounts for which the Member would not be responsible if the Provider were still a Plan Provider.

> Health Plan of Nevada
> PO Box 14856
> Las Vegas, NV 89114-4856
> Attention: Transition of Care/Continuity of Care
> ProviderAdvocateTE@uhc.com

| SECTION 6.   Covered Services |
|---|

This section tells you what services are covered under this Plan.  Only services and supplies, which meet HPN's definition of Medically Necessary will be considered to be Covered Services.  The Attachment A Benefit Schedule shows any applicable Calendar Year Deductible, Copayments, Coinsurance and benefit limitations for Covered Services.  All Covered Services are subject to HPN's Managed Care Program.

| Ambulance Services |
|---|

Covered Services include Ambulance Services to the nearest appropriate Hospital.  HPN will make direct payment to a Provider of Ambulance Services if the Provider does not receive payment from any other source.  Ambulance Services will be reviewed on a Retrospective basis to determine Medical Necessity.  The Member will be fully liable for the cost of Ambulance Services that are not Medically Necessary.

| Assistant Surgical Services |
|---|

Covered Services include services performed by an assistant surgeon in connection with a covered surgical procedure but only to the extent that the surgical assistance is necessary due to the complexity of the procedure involved.

| Autism Spectrum Disorder Services |
|---|

Covered Services include Medically Necessary services that are generally recognized and accepted procedures for screening, diagnosing and treating Autism Spectrum Disorders for Members under the age of 18 or, if enrolled in high school, until such Member reaches the age of 22.  Covered Services must be provided by a duly licensed physician, psychologist or Behavior Analyst or other provider that is supervised by the licensed physician, psychologist or Behavior Analyst and are subject to HPN's Managed Care Program.  With the exception of the specific limitation on benefits for Applied Behavior Analysis ("ABA") as outlined in Attachment

*Evidence of Coverage*

- Traction equipment;
- Walkers;
- Wheelchairs; or
- Any other items that are determined to be Medically Necessary by HPN's Managed Care Program.

Replacements, repairs and adjustments to DME are limited to normal wear and tear or because of significant change in the Member's physical condition.

HPN will not be responsible for the following:
- Non-Medically Necessary optional attachments and modifications to DME for the comfort or convenience of the Member;
- Accessories for portability or travel;
- A second piece of equipment with or without additional accessories that is for the same or similar medical purpose as existing equipment;
- Home and car remodeling; and
- Replacement of lost or stolen equipment.

---

## Emergency or Urgently Needed Services

Emergency Services obtained from Non-Plan providers will be payable at the same benefit level as would be applied to care received from Plan Providers.

Benefits are limited to Eligible Medical Expenses or the Recognized Amount, when applicable, for Non-Plan Provider Emergency Services as defined under "HPN Reimbursement Schedule". You are responsible for any Non-Plan Provider Emergency Service charges that exceed payments made by HPN.

Benefits for Emergency Services are subject to any limit shown in the Attachment A Benefit Schedule.

IMPORTANT NOTE:  No benefits are payable for treatment received by a Member in a Hospital emergency room or other emergency facility for a condition other than an Emergency Service as defined in this EOC.

Examples of conditions which require Medically Necessary treatment, but **are not Emergency Service**s, include:
- Earaches.
- Flu or fever.
- Medication refills.
- Routine dental services.
- Sore or stiff muscles.
- Sore throats.
- Sprains, strains or minor cuts.
- Suture removal.

   (a) **Within the HPN Service Area**.  If an Injury or Illness requires Emergency Services, the Member should notify HPN as soon as reasonably possible after the onset of the emergency.

   HPN will review the use of the emergency room Retrospectively for appropriateness and to determine if the services received were Medically Necessary.  Benefits for such services are payable if the services are determined to be Emergency Services as defined in this EOC.

   1. **Non-Plan Providers**.  If Emergency Services are provided by Non-Plan Providers, all Medically Necessary professional services and Inpatient or Outpatient Hospital Services will be covered subject to the other terms of this EOC.

   The Member should, at the earliest time reasonably possible, notify his PCP.

   2. **Payment**.  Benefits for Emergency or Urgently Needed Services received from Non-Plan Providers are limited to Eligible Medical Expenses or the Recognized Amount, when applicable, for care required before the Member can safely receive services from his PCP.

   3. **Follow-Up Care**.  In order for benefits to be payable, the Member's PCP must provide follow-up care, unless authorized by HPN's Managed Care Program.

(b) **Outside the HPN Service Area**. Benefits for Covered Services received while outside the HPN Service Area are limited to Emergency Services and Urgently Needed Services when care is required immediately and unexpectedly.

The Member should notify HPN as soon as reasonably possible after the onset of the emergency medical condition. Elective or specialized care will not be covered if the circumstances leading to the need for such care could have been foreseen before leaving HPN's Service Area.

1. **Payment**. Benefits are limited to the Eligible Medical Expenses or the Recognized Amount, when applicable, for such Covered Services. In addition, benefits for such Covered Services are not payable unless the services are determined to be Urgently Needed Services or Emergency Services as defined in this EOC.

2. **Follow-Up Care**. Continuing or follow-up treatment for Injury or Illness is limited to care required before the Member can safely return to HPN's Service Area.

Once the patient is stabilized, benefits for continuing or follow-up treatment are provided only in HPN's Service Area, subject to all provisions of this EOC.

**24/7 Advice Nurse**. If you are feeling ill and are not sure about where you should go to obtain care or do not know whom to call, you may call the 24/7 Advice Nurse for help. A nurse is available twenty-four (24) hours a day, seven (7) days a week at (702) 242-7330, or for the hearing-impaired through Relay Nevada's TDD/TYY at 1-800-326-6888. If you are traveling outside HPN's Service Area, you may call toll free for assistance at 1-800-288-2264.

**Free Standing Emergency Room Facilities**
These facilities are licensed to provide emergency medical care and are physically separate from hospitals. However, unlike hospital-based emergency rooms, these facilities often do not provide services for critical conditions such as trauma, stroke or heart attacks and most do not receive ambulances or have an operating room on site. Please contact the 24/7 Advice Nurse if you have questions on where to go to obtain the appropriate level of service.

| **Gastric Restrictive Surgical Services** |
|---|

Covered Services include Prior Authorized Medically Necessary Gastric Restrictive Surgical Services for extreme obesity under the following circumstances:
- Have a body mass index (BMI) of greater than or equal to 40kg/m2; or
- Have a BMI between 35.1-39.9kg/m2 with significant co-morbidities; and
- Can provide documented evidence that dietary attempts at weight control are ineffective; and
- Must be at least 18 years old.

Documentation supporting the reasonableness and necessity of a Gastric Restrictive Surgical Service is required, including compliant attendance at a medically supervised weight loss program (within the last twenty-four (24) months) for at least six (6) consecutive months with documented failure of weight loss. Significant clinical evidence that weight is affecting overall health and is a threat to life will also be required.

HPN requires that an initial psychological/psychiatric evaluation resulting in a recommendation for Gastric Restrictive Surgical Services is performed prior to review consideration by HPN's Managed Care Program. HPN may also require participation in a post-operative group therapy program.

Treatment for complications resulting from Gastric Restrictive Surgical Services will be covered the same as any other illness.

| **Gender Dysphoria** |
|---|

Covered Services for Gender Dysphoria, a disorder characterized by diagnostic criteria classified in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association,* are provided if Prior Authorized and if the following diagnostic criteria are met:

**For Adults and Adolescents:**
- A marked incongruence between the Member's experienced/expressed gender and the Member's assigned gender, of at least six months' duration, as manifested by at least two of the following:
  - A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics).

- Penile prosthesis
- Phalloplasty (creation of penis)
- Salpingo-oophorectomy (removal of fallopian tubes and ovaries)
- Scrotoplasty (creation of scrotum)
- Testicular prosthesis
- Urethroplasty (reconstruction of male urethra)
- Vaginectomy (removal of vagina)
- Vulvectomy (removal of vulva)

The Member must meet all of the following eligibility qualifications for genital surgery, surgery to change secondary sex characteristics and bilateral mastectomy or breast reduction surgery (in addition to the overall eligibility requirements in the EOC).

**Breast Surgery:**

The Member must provide documentation in the form of a written psychological assessment from at least one qualified behavioral health provider experienced in treating Gender Dysphoria. The assessment must document that the Member meets all of the following criteria:

- Has persistent, well-documented Gender Dysphoria;
- Has the capacity to make a fully informed decision and to consent for treatment;
- Must be 18 years or older; and
- If significant medical or mental health concerns are present, they must be reasonably well controlled.

**Genital Surgery:**

The Member must provide documentation in the form of a written psychological assessment from at least two qualified behavioral health providers experienced in treating Gender Dysphoria, who have independently assessed the Member. The assessment must document that the Member meets all of the following criteria:

- Has persistent, well-documented Gender Dysphoria;
- Has the capacity to make a fully informed decision and to consent for treatment;
- Must 18 years or older;
- If significant medical or mental health concerns are present, they must be reasonably well controlled;
- Complete at least 12 months of successful continuous full-time real-life experience in the desired gender; and
- Complete 12 months of continuous cross-sex hormone therapy appropriate for the desired gender (unless medically contraindicated).

HPN makes no representation or warranty as to the medical competence or ability of any Gender Dysphoria Treatment Center/Facility or its respective staff or Physicians. HPN shall have no liability or responsibility, either direct, indirect, vicarious or otherwise, or any actions or inactions, whether negligent or otherwise, on the part of any Gender Dysphoria Treatment Center/Facility or its respective staff or Physicians.

**Genetic Disease Testing Services**

Covered Services include Prior Authorized Medically Necessary Genetic Disease Testing, when:
- such testing is prescribed following the Member's history, physical examination and pedigree analysis, genetic counseling, and completion of conventional diagnostic studies, and a definitive diagnosis remains uncertain and a genetic disease diagnosis is suspected, and;
- the Member displays clinical features, or is at direct risk of inheriting the mutation in question (pre-symptomatic); and
- the result of the test will directly impact the treatment being delivered to the Member.

**Healthcare Facility Services**

Covered Services include the following accommodations, services and supplies received during an admission to a Hospital, Ambulatory Surgical Facility, Skilled Nursing Facility, Residential Treatment Center or Hospice Care Facility.

*Evidence of Coverage*

**Accommodations**:

- Semiprivate (or multibed unit) room, including bed, board and general nursing care.
- Private room including bed, board, and general nursing care, but only when treatment of the Member's condition requires a private room. The semiprivate room rate will be allowed toward the private room rate when a Member receives private room accommodations for any reason other than Medical Necessity.
- Inpatient accommodations provided in connection with the birth of a child shall be provided for a minimum of forty-eight (48) hours following an uncomplicated vaginal delivery or a minimum of ninety-six (96) hours following an uncomplicated delivery by cesarean section. This provision does not require a Member to deliver in a Hospital or other healthcare facility or to remain therein for the minimum number of hours following delivery.
- Intensive care unit (including Cardiac Care Unit), including bed, board, general and special nursing care, and ICU equipment.
- Observation unit, including bed, board, and general nursing care not to exceed twenty-three (23) hours per day.
- Nursery charges for newborns. Reimbursement for Covered Services provided by a Non-Plan Provider outside HPN's Service Area to a newborn natural child or adopted child is limited to HPN's Eligible Medical Expenses or the Recognized Amount, when applicable, for similar Covered Services provided in HPN's Service Area.

**Services and Supplies**. Covered Services and supplies provided by a Hospital, Ambulatory Surgical Facility, Skilled Nursing Facility, Residential Treatment Center or Hospice Care Facility include:

- non-surgical Provider visits;
- operating, recovery, and treatment rooms and equipment (Hospital and Ambulatory Surgical Facility only);
- delivery and labor rooms and equipment (Hospital and Ambulatory Surgical Facility only);
- anesthesia materials and anesthesia administration by Hospital staff (Hospital and Ambulatory Surgical Facility only);
- clinical pathology and laboratory services and supplies;
- services and supplies for diagnostic tests required to diagnose Member's Illness, Injury or other conditions but only when charges for the services and/or supplies are made by the facility (Hospital, Skilled Nursing Facility and Ambulatory Surgical Facility only);
- drugs consumed at the time and place dispensed which have been approved for general marketing in the United States by the Food and Drug Administration (FDA);
- dressings, splints, casts and other supplies for medical treatment provided by the Hospital from a central sterile supply department;
- oxygen and its administration;
- non-replaced blood, blood plasma, blood derivatives, and their administration and processing;
- intravenous injections and solutions;
- private duty nursing subject to the benefit limitation for such services;
- supportive services for a Hospice patient's family, including care for the patient which provides a respite from the stresses and responsibilities that result from the daily care of the patient and bereavement services provided to the family after the death of the patient (Hospice Care Facility only); and
- Sterilization procedures.

---

## Hearing Aids

Hearing aids are electronic amplifying devices designed to bring sound more effectively into the ear. A hearing aid consists of a microphone, amplifier and receiver.

Benefits are available for a hearing aid that is required for the correction of a hearing impairment (a reduction in the ability to perceive sound which may range from slight to complete deafness) and purchased as a result of a written recommendation by a Physician. Benefits are provided for the hearing aid and for charges for associated fitting and testing.

Benefits under this section do not include bone anchored hearing aids. Bone anchored hearing aids are a Covered Service for which benefits are available under the applicable medical/surgical Covered Services categories in the HPN EOC, only for a Member

- who is not a candidate for an air-conduction hearing aid; and
- which is used according to U.S. Food and Drug Administration (FDA) approved indications.

Benefits for bilateral bone anchored hearing aids are available to Members who meet the HPN Managed Care Program criteria.

---

## Home Healthcare Services

Covered Services include services given to a Member in his home by a licensed Home Healthcare Provider or an approved Hospital program for Home Healthcare. Such services are covered when:

- such care is given in place of Inpatient Hospital or Skilled Nursing Facility care and/or;

*Evidence of Coverage*

- Diagnostic procedures.
- Artificial insemination services, up to six (6) cycles per Member per lifetime.

## Medical Supplies

Medical Supplies are routine expendable supplies that are essential to carry out the course of treatment for an Illness or Injury or are necessary for the effective use of Durable Medical Equipment. Medical Supplies include, but are not limited to the following:

- Catheter and catheter supplies – urinary catheters, drainage bags, irrigation trays;
- Colostomy bags (and other ostomy supplies);
- Dressing/wound care-sterile dressings, ace bandages, sterile gauze and toppers, Kling and Kerlix rolls, Telfa pads, eye pads, incontinent pads, lamb's wool pads;
- Elastic stockings; and
- Splints and slings.

## Mental Health Services and Severe Mental Illness Services

All benefits are subject to the Utilization Management process through HPN Behavioral Health. Services must be offered in a treatment setting that is appropriate for the Medically Necessary level of care, as determined by staffing, ability to provide patient safety, treatment intensity, the diagnostic and therapeutic modalities available, the extent of supportive services and access to general medical care. All non-routine, outpatient Mental Health or Severe Mental Illness Services require Prior Authorization.

**Inpatient:**  A structured hospital-based program which provides twenty-four (24) hours a day, seven (7) days a week nursing care, medical monitoring, and physician availability; assessment and diagnostic services, daily physician visits, active behavioral health treatment, and specialty medical consultation with an immediacy needed to avoid serious jeopardy to the health of the Member or others.

**Partial Hospitalization Program (PHP):**  A structured ambulatory program that may be freestanding or Hospital-based and provides services for at least 20 hours per week.

**Intensive Outpatient Program (IOP):**  A structured program that maintains hours of service for at least nine (9) hours per week for adults and six (6) hours per week for children or adolescents during which assessment and diagnostic services and active behavioral health treatment are provided.

**Outpatient:**  Assessment, diagnosis and active behavioral health treatment that are provided in an ambulatory setting, including individual and group counseling services.

No benefits are available for psychosocial rehabilitation or care received as a custodial Inpatient.

**Residential Treatment Center Services (RTC):** a sub-acute facility or acute care facility which delivers twenty-four (24) hours/seven (7) days a week assessment, diagnostic services and active behavioral health treatment to Members. The level of care and length of stay, in a facility with the appropriate licensure level, is authorized through the HPN Managed Care program.  NOTE: Transitional Living services are not covered under RTC and are not a covered benefit.

All inpatient Mental Health or Severe Mental Illness Services require Prior Authorization. Network facilities must provide notification of all inpatient admissions to the Plan. When these services are provided out of network, the Member is responsible for providing the notification and relevant information to the Plan. The Member should provide notice of emergent admissions within twenty-four (24) hours of admission or as soon as reasonably possible given the circumstances. A Member may delegate their responsibility to provide notification to the non-network facility but it is the Member's responsibility to ensure that the Plan receives notification. Initial notification results in a medical necessity review based on plan requirements and may result in an adverse benefit determination.

**All admissions for Emergency Services are reviewed retrospectively to determine if the treatment received was Medically Necessary and appropriate.  If the Member is admitted to a Mental Health or Severe Mental Illness facility for non-emergency treatment without Prior Authorization, the Member will be responsible for the cost of services received.**

## Oral Physician Surgical Services

Although dental services are not Covered Services, the following Oral Surgical Services are Covered Services:

- Treatment for tumors and cysts requiring pathological examination of the jaws, cheeks, lips, tongue, roof and floor of the mouth.
- Removal of teeth which are necessary in order to perform radiation therapy.

- Treatment required to stabilize sound natural teeth, the jawbones, or surrounding tissues after an Injury (not to include injuries caused by chewing) when the treatment starts within the first ten (10) days after the Injury and ends within sixty (60) days from the date of injury. Examples of Covered Services, in such instances, include:
  - Root canal therapy, post and build up.
  - Temporary crowns.
  - Temporary partial bridges.
  - Temporary and permanent fillings.
  - Pulpotomy.
  - Extraction of broken teeth.
  - Incision and drainage.
  - Tooth stabilization through splinting.

No benefits are provided for removable dental prosthetics, dentures (partial or complete) or subsequent restoration of teeth, including permanent crowns.

## Organ and Tissue Transplant Surgical Services

All Covered Transplant Procedures are subject to the provisions of HPN's Managed Care Program and all other terms and provisions of the Plan, including the following:

- HPN will determine if the Member satisfies HPN's Medically Necessary criteria before receiving benefits for transplant services.
- HPN will provide a written Referral for care to a Transplant Facility.
- If, after Referral, either HPN or the medical staff of the Transplant Facility determines that the Member does not satisfy the Medically Necessary criteria for the service involved, benefits will be limited to Covered Services provided up to such determination.

Covered Transplant Procedures include the following services for human-to-human organ or tissue transplants received during a Transplant Benefit Period on an Inpatient basis due to an Injury or Illness as follows:

- Hospital room and board and medical supplies.
- Diagnosis, treatment, surgery and other Covered Services provided by a Physician.
- Organ and tissue retrieval which includes removing and preserving the donated part.
- Organ procurement.
- Rental of wheel chairs, Hospital-type beds and mechanical equipment required to treat respiratory impairment.
- Ambulance services.
- Medication, x-rays and other diagnostic services.
- Laboratory tests.
- Oxygen.
- Surgical dressings and supplies.
- Immunosuppressive drugs.
- Private nursing care by a Registered Nurse (R.N.) or a Licensed Practical Nurse (L.P.N.).
- Transportation of the Member and a companion to and from the site of the transplant. If the Member is a minor, transportation of two (2) persons who travel with the minor is included. Reasonable and necessary lodging and meal costs incurred by such companions are included. Itemized receipts for these expenses are required. Daily lodging and meal costs will be paid up to the limit shown in the Attachment A Benefit Schedule. Benefits for all transportation, lodging and meal costs shall not exceed the maximum shown in the Attachment A Benefit Schedule for transportation, lodging and meals.

HPN makes no representation or warranty as to the medical competence or ability of any Transplant Facility or its respective staff or Physicians. HPN shall have no liability or responsibility, either direct, indirect, vicarious or otherwise, for any actions or inaction, whether negligent or otherwise, on the part of any Transplant Facility or its respective staff or Physicians.

HPN shall have no liability or responsibility, either direct, indirect, vicarious or otherwise, in the event a transplant patient is injured or dies, by whatever cause, while enroute to a Transplant Facility.

If a Covered Transplant Procedure is not performed as scheduled due to a change in the Member's medical condition or death, benefits will be paid for Prior Authorized Eligible Medical Expenses or the Recognized Amount, when applicable, incurred during the Transplant Benefit Period.

## Other Diagnostic and Therapeutic Services

Diagnostic and Therapeutic Covered Services when authorized by a Member's PCP and HPN's Managed Care Program include the following:

*Evidence of Coverage*

- therapeutic radiology services;
- complex diagnostic imaging services including nuclear medicine, computerized axial tomography (CT scan), cardiac ultrasonography, magnetic resonance imaging (MRI) and arthrography;
- complex vascular diagnostic and therapeutic services including Holter monitoring, treadmill or stress testing and impedance venous plethysmography;
- complex neurological diagnostic services including electroencephalograms (EEG), electromyogram (EMG) and evoked potential;
- complex psychological diagnostic testing;
- complex pulmonary diagnostic services including pulmonary function testing and apnea monitoring;
- anti-cancer drug therapy;
- hemodialysis and peritoneal renal dialysis;
- complex allergy diagnostic services including RAST and allergoimmuno therapy;
- otologic evaluations only for the purpose of obtaining information necessary for evaluation of the need for or appropriate type of medical or surgical treatment for a hearing deficit or a related medical problem;
- treatment of temporomandibular joint disorder;
- other Medically Necessary intravenous therapeutic services as approved by HPN, including but not limited to, non-cancer related intravenous injection therapy; and
- Positron Emission Tomography (PET) Scans.

Different Copayment and/or Coinsurance amounts may apply to these Covered Services. Please refer to your Attachment A Benefit Schedule.

### Physician Surgical Services – Inpatient and Outpatient

Covered Services include surgical services that are generally recognized and accepted procedures for diagnosing or treating an Illness or Injury.

### Post-Cataract Surgical Services

Covered Services include Medically Necessary services provided for the initial prescription for corrective lenses (eyeglasses or contact lenses) and frames or intra-ocular lens implants for Post-Cataract Surgical Services.

Contact lenses will be covered if a Member's visual acuity cannot be corrected to 20/70 in the better eye except for the use of contact lenses.

### Preventive Healthcare Services

Covered Preventive Healthcare Services will be paid at 100% of Eligible Medical Expenses or the Recognized Amount, when applicable, without application of any Calendar Year Deductible, Copayment and/or Coinsurance when such services are provided by a Plan Provider.

Covered Services include the following Preventive Healthcare Services in accordance with the recommended schedule outlined in the HPN Preventive Guidelines included in your member kit or you may access the most current version of these guidelines at any time by visiting HPN's web site at https://www.healthplanofnevada.com.

- Evidence based items or services that have in effect a rating of "A" or "B" in the current recommendations of the United States Preventive Services Task Force ("USPSTF");
- Immunizations[1] that have in effect a recommendation from the Advisory Committee on Immunizations Practices of the Centers for Disease Control and Prevention;
- With respect to infants, children and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the Health Resources and Services Administration ("HRSA"); and
- With respect to women, evidence-informed preventive care and screenings provided for in comprehensive guidelines supported by the HRSA, as long as they are not otherwise addressed by the recommendations of the USPSTF.

For a complete list of Preventive Services, including all FDA approved contraceptives, go to http://doi.nv.gov/Healthcare-Reform/Individuals-Families/Preventive-Care/.

[1]Certain immunizations may be administered in a Plan pharmacy.

## Prosthetic and Orthotic Devices

Covered Services include the following devices when received in connection with an Illness or Injury and authorized by HPN's Managed Care Program:

- Cardiac pacemakers.
- Breast prostheses for post-mastectomy patients.
- Terminal devices (example: hand or hook) and artificial eyes.
- Braces which include only rigid and semi-rigid devices used for supporting a weak or deformed body member or restricting or eliminating motion in a diseased or injured part of the body.
- A djustment of an initial Prosthetic or Orthotic Device required by wear or by change in the patient's condition when ordered by a Plan Provider.

## Routine Radiological and Non-Radiological Diagnostic Imaging Services

Covered Services include prescribed routine diagnostic radiological and non-radiological diagnostic imaging services and materials, including general radiography, fluoroscopy, mammography and sonography, when authorized by a Member's PCP and HPN's Managed Care Program, but only when no charges are made for the same services and/or supplies by a Hospital, Skilled Nursing Facility or an Ambulatory Surgery Center.

## Self-Management and Treatment of Diabetes

Coverage includes medication, equipment, supplies and appliances for the treatment of diabetes. Diabetes includes type I, ty pe II and gestational diabetes. Covered Services include:

- Medically Necessary training and education provided to a Member for the care and management of diabetes, after he is initially diagnosed with diabetes, to include counseling in nutrition and the proper use of equipment and supplies for the treatment of diabetes;
- Medically Necessary training and education which is a result of a subsequent diagnosis that indicates a significant change in the symptoms or condition of the Member and which requires modification of his program of self-management of diabetes; and
- Medically Necessary training and education because of the development of new techniques and treatment for diabetes.

## Short-Term Habilitation Services – Inpatient and Outpatient

Covered Services are provided for Short-Term Habilitation Services provided for Members with a congenital, genetic, or early acquired disorder when both of the following conditions are met:

- the treatment is administered by a licensed speech-language pathologist, licensed audiologist, licensed occupational therapist, licensed physical therapist, Physician, licensed nutritionist, licensed social worker or licensed psychologist and
- the initial or continued treatment must be proven and not experimental, investigational or unproven.

HPN will cover health care services and devices that help a person keep, learn, or improve skills and functioning for daily living. Examples include therapy for a child who is not walking or talking at the expected age. These services may include physical and occupational therapy, speech-language pathology and other services for people with disabilities in a variety of Inpatient and/or Outpatient settings.

Coverage for Short-Term Habilitation Services does not apply to those services that are solely educational in nature or otherwise paid under state or federal law for purely educational services. Custodial Care, respite care, day care, therapeutic recreation, vocational training and residential treatment are not Short-Term Habilitation Services. A service that does not help the Member to meet functional goals in a treatment plan within a prescribed time frame is not an Habilitative Service. When the Member reaches his maximum level of improvement or does not demonstrate continued progress under a treatment plan, a service that was previously habilitative is no longer habilitative.

HPN may require that a treatment plan be provided, request medical records, clinical notes or other necessary data to allow us to substantiate that initial or continued medical treatment is needed and that the Member's condition is clinically improving as a result of the Habilitative Service. When the treating Provider anticipates that continued treatment is or will be required to permit the Member to achieve demonstrable progress, HPN may request a treatment plan consisting of diagnosis, proposed treatment by type, frequency, anticipated duration of treatment, the anticipated goals of treatment and how frequently the treatment plan will be updated.

Short-Term Habilitation Services that are provided in the home by a licensed Home Healthcare Provider are covered as described under the Home Healthcare Services section.

## Short-Term Rehabilitation Services – Inpatient and Outpatient

Short-Term Rehabilitation therapy Covered Services include:

*Evidence of Coverage*

- Speech therapy.
- Occupational therapy.
- Physical therapy on an Inpatient or outpatient basis when ordered by the Member's PCP and authorized by HPN's Managed Care Program.

Benefits for rehabilitation therapy are limited to services given for acute or recently acquired conditions that, in the judgment of the Member's PCP and HPN's Managed Care Program, are subject to significant improvement through Short-Term therapy.

Covered Services do not include cardiac rehabilitation services provided on a non-monitored basis nor do they include treatment for intellectual disability.

## Special Food Product / Enteral Formulas

Covered Services include enteral formulas and special food product when prescribed by a Physician and authorized by HPN's Managed Care Program for treatment of an inherited metabolic disease.
- "Inherited Metabolic Disease" means a disease caused by an inherited abnormality of the body chemistry of a person characterized by congenital defects or defects arising shortly after birth resulting in deficient metabolism or malabsorption of amino acid, organic acid, carbohydrate or fat.
- "Special Food Product" means a food product specially formulated to have less than one gram of protein per serving intended to be consumed under the direction of a Physician.  The term does not include food that is naturally low in protein.

## Specialty Services, Second and Third Opinion and Consultations

Covered Services include medical services rendered by a Plan Specialist or other duly licensed Plan Provider whose opinion or advice is requested by a Member's treating PCP or the Medical Director for further evaluation of an Illness or Injury on an Inpatient or outpatient basis.  All services must be arranged through HPN's Managed Care Program.

- **Second Opinions.** When, as a result of an Illness or Injury, a procedure is recommended by a Physician, HPN or the Member may request a Second Opinion from a Physician qualified to diagnose and treat the specific Illness or Injury.

- **Third Opinions.** In the event a first and Second Opinion for a Covered Service are in conflict, HPN or the Member may request a Third Opinion from a Physician qualified to diagnose and treat the specific Illness or Injury.

Benefits are payable for expenses incurred in connection with an authorized Second or Third Opinion whether or not the elective surgery or Inpatient care is performed. Payment will be subject to all terms of the EOC, except as otherwise provided in this section.

**Limitations.** No payment will be made for expenses incurred for second or third opinions/consultations in connection with:
1. any services not covered under this Plan, including cosmetic and dental procedures;
2. minor surgical procedures that are routinely performed in a Physician's office, such as incision and drainage for abscess or excision of benign lesions; or
3. diagnostic tests ordered in connection with second and third opinions/consultations, unless Prior Authorized by HPN's Managed Care Program.

## Substance-Related and Addictive Disorder Services

All benefits for Substance-Related and Addictive Disorder Services are subject to the Utilization Management process through HPN Behavioral Health.  Services must be offered in a treatment setting that is appropriate for the Medically Necessary level of care, as determined by staffing, ability to provide patient safety, treatment intensity, the diagnostic and therapeutic modalities available, the extent of supportive services and access to general medical care.  All non-routine, outpatient Substance-Related and Addictive Disorder Services require Prior Authorization.

**Inpatient Detoxification:**  A hospital-based program which provides twenty-four (24) hours a day, seven (7) days nursing care, medical monitoring, and physician availability; daily physician visits, assessment, diagnostic services and active behavioral health treatment services for the purpose of completing a medically safe and appropriate withdrawal from alcohol or other substances.

**Outpatient Detoxification:**  Outpatient Detoxification is comprised of services that are provided in an ambulatory setting for the purpose of completing a medically safe withdrawal from alcohol or drugs.

**Inpatient Rehabilitation:** A hospital-based program which provides twenty-four (24) hours a day, seven (7) days nursing care, medical monitoring, and physician availability; daily physician visits, assessment and diagnostic services, and active behavioral health

*Evidence of Coverage*

treatment services for the purpose of initiating the process of assisting a Member with gaining the knowledge and skills needed to prevent recurrence of a substance-related disorder.

**Partial Hospitalization Program (PHP):**   A structured ambulatory program that may be freestanding or Hospital-based and provides services for at least 20 hours per week.

**Intensive Outpatient Program (IOP):**   A structured program that maintains hours of service for at least nine (9) hours per week for adults and six (6) hours per week for children/adolescents during which assessment and diagnostic services, and active behavioral health treatment are provided.

**Outpatient:**   Assessment, diagnosis and active behavioral health treatment that are provided in an ambulatory setting, including individual, group, and family counseling services.

**Residential Treatment Center (RTC):**   a sub-acute facility or acute care facility which delivers twenty-four (24) hours/seven (7) days a week assessment, diagnostic services and active behavioral health treatment to Members. The level of care and length of stay, in a facility with the appropriate licensure level, is authorized through the HPN Managed Care program.  NOTE:  Transitional Living services are not covered under RTC and are not a covered benefit.

All inpatient Substance-Related and Addictive Disorder Services require Prior Authorization.  Network facilities must provide notification of all inpatient admissions to the Plan. When these services are provided out of network, the Member is responsible for providing the notification and relevant information to the Plan.  Members should provide notice of emergent admissions within twenty-four (24) hours of admission or as soon as reasonably possible given the circumstances.  Members may delegate their responsibility to provide notification to the non-network facility but it is the Member's responsibility to ensure that the Plan receives notification.  Initial notification results in a medical necessity review based on plan requirements and may result in an adverse benefit determination.

**All admissions for Emergency Services are reviewed Retrospectively to determine if the treatment received was Medically Necessary and appropriate.  If the Member is admitted to a Substance-Related and Addictive Disorder facility for non-emergency treatment without Prior Authorization, the Member will be responsible for the cost of services received.**

| Telemedicine Services |
|---|

Covered Services received through Telemedicine do not require Prior Authorization unless the Covered Service would require Prior Authorization if provided in person.  The Member does not have to establish a relationship with a Telemedicine Provider to receive services.  Telemedicine Services received through a contracted HPN Primary Care or Specialty Care Provider will be subject to the applicable facility and professional Copayments and/or Coinsurance amount as set forth in Attachment A, Benefit Schedule.

HPN does not require the Provider to demonstrate the necessity to provide services through, or to receive additional certifications or licenses in, Telemedicine.

HPN will not refuse to provide coverage because of the distant site from which the contracted Telemedicine Provider provides Covered Services or the originating site at which the Member receives Telemedicine Services.  HPN will not require Covered Services to be provided through Telemedicine as a condition of coverage.

Virtual Visits: covered Services received through virtual visits do not require Prior Authorization when provided through an HPN contracted Provider.  Refer to the Attachment A, Benefit Schedule for the Member's Cost-share responsibility.  Benefits are available for urgent, on-demand healthcare delivered through live audio with video conferencing or audio only technology for treatment of acute but non-emergency medical needs.

| SECTION 7.   Exclusions |
|---|

This section tells you what services or supplies are excluded from coverage under this Plan.

**7.1**   Services or supplies for which coverage is not specifically provided in this EOC, complications resulting from non-Covered Services, or services which are not Medically Necessary, whether or not recommended or provided by a Provider.

**7.2**   Services not provided, directed, and/or Prior Authorized by a Member's PCP and HPN's Managed Care Program except for Emergency Services and Urgently Needed Services.

**015**

7.15   Services for the treatment of sexual dysfunction or inadequacies, including, but not limited to, impotence and, except as provided in the Covered Services Gender Dysphoria section, implantation of a penile prosthesis.

7.16   Reversal of surgically performed sterilization or reversal of subsequent resterilization.

7.17   Elective abortions.

7.18   Amniocentesis, except when Medically Necessary under the guidelines of the American College of Obstetrics and Gynecology.

7.19   Third-party physical exams and/or medical services for employment, licensing, insurance, school, camp or adoption purposes. Immunizations related to foreign travel unless otherwise provided as a required preventive immunization identified by the USPSTF. Expenses for medical reports, including presentation and preparation. Exams or treatment ordered by a court, or in connection with legal proceedings are not covered.

7.20   Venipuncture (drawing of blood for laboratory tests).

7.21   Except as provided in the Covered Services Gastric Restrictive Surgical Services section, weight reduction procedures are excluded. Also excluded are any weight loss programs, whether or not recommended, provided or prescribed by a Physician or other medical Practitioner.

7.22   Except as provided in the Covered Services Organ and Tissue Transplant Surgical Services section, any human or animal transplant (organ, tissue, skin, blood, blood transfusions of bone marrow), whether human-to-human or involving a non-human device, artificial organs, or prostheses.
   - Any and all services or supplies treatments, laboratory tests or x-rays received by the donor in connection with the transplant (including donor search, donor transportation, testing, registry and retrieval costs) and costs related to cadaver or animal retrieval or maintenance of a donor for such retrieval.
   - Any and all Hospital, Physician, laboratory or x-ray services in any way related to any excluded transplant service, procedure or treatment.

7.23   Institutional care which is determined by HPN's Managed Care Program to be for the primary purpose of controlling Member's environment and Custodial Care, domiciliary care, convalescent care (other than Skilled Nursing Care) or rest cures.

7.24   Mental Health Services and Substance-Related and Addictive Disorder Services performed in connection with conditions not listed in the current *Diagnostic and Statistical Manual of Mental Disorders* (*DSM*) or conditions listed as "Other Conditions" that may be of focus of clinical attention.

7.25   Outside of an initial assessment, Mental Health and Substance-Related and Addictive Disorder Services as treatments for a primary diagnosis of conditions and problems that may be a focus of clinical attention, but are specifically noted not to be mental disorders within the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association.*

7.26   Outside of an initial assessment, treatments for the primary diagnoses of learning disabilities, pyromania, kleptomania, personality disorders (with the exception of dialectical behavior therapy for borderline personality disorders) and paraphilic disorder.

7.27   Educational/behavioral services that are focused on primarily building skills and capabilities in communication, social interaction and learning.

7.28   Tuition for or services that are school-based for children and adolescents required to be provided by, or paid for by, the school under the Individuals with Disabilities Education Act.

7.29   Outside of an initial assessment, unspecified disorders for which the provider is not obligated to provide the clinical rationale as defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association.*

7.30   Neuropsychological testing when not required for the diagnosis of a Mental Illness, Substance-Related and Addictive disorder or developmental disability.

7.31   Vision exams to determine refractive errors of vision and eyeglasses or contact lenses other than as specifically covered in this EOC. Coverage is provided for vision exams only when required to diagnose an Illness or Injury. Vision exams are not

*Evidence of Coverage*

in this EOC.

❖ **"Independent Review Organization"** means an entity that:
- conducts an independent External Review of an adverse determination; and
- is certified by the Nevada Commissioner of Insurance

❖ "**Initial Enrollment Period**" means the period of time during which an eligible person may enroll under this Plan, as shown in the GEA signed by the Group.

❖ "**Injury**" means physical damage to the body inflicted by a foreign object, force, temperature, or corrosive chemical.

❖ "**Inpatient**" means being confined in a Hospital, Skilled Nursing Facility or Residential Treatment Center as a registered bed patient under a Physician's order.

❖ **"Licensed Assistant Behavior Analyst"** means a person who holds current certification as a Board Certified Assistant Behavior Analyst issued by the Behavior Analyst Certification Board, Inc., or any successor in interest to that organization, who is licensed as an assistant behavior analyst by the Aging and Disability Services Division of the Department of Health and Human Services and who provides behavioral therapy under the supervision of a licensed behavior analyst or psychologist.

❖ **"Licensed Behavior Analyst"** means a person who holds current certification as a Board Certified Behavior Analyst issued by the Behavior Analyst Certification Board, Inc., or any successor in interest to that organization and is licensed as a behavior analyst by the Aging and Disability Services Division of the Department of Health and Human Services.

❖ **"Mail Order Plan Pharmacy"** means a duly licensed pharmacy that has an independent contractor agreement with HPN to provide certain Covered Drugs to Members by mail.

❖ "**Managed Care Program**" means the process that determines Medical Necessity and directs care to the most appropriate setting to provide quality care in a cost-effective manner, including Prior Authorization of certain services.

❖ "**Manual Manipulation**" means the diagnosis, treatment or maintenance by a Practitioner for the treatment of:
- musculoskeletal strain surrounding vertebra, spine, broken neck; or
- subluxation of vertebra.

Manual Manipulation does not include diagnosis or treatment requiring general anesthesia, surgery or Hospital confinement.

❖ "**Medical Director**" means a Physician named by HPN to review use of health services by Members.

❖ "**Medically Necessary**" means a service or supply needed to improve a specific health condition or to preserve the Member's health and which, as determined by HPN is:
- consistent with the diagnosis and treatment of the Member's Illness or Injury;
- the most appropriate level of service which can be safely provided to the Member; and
- not solely for the convenience of the Member, the Provider(s) or Hospital.

In determining whether a service or supply is Medically Necessary, HPN may give consideration to any or all of the following:
- the likelihood of a certain service or supply producing a significant positive outcome;
- reports in peer-review literature;
- evidence based reports and guidelines published by nationally recognized professional organizations that include supporting scientific data;
- professional standards of safety and effectiveness that are generally recognized in the United States for diagnosis, care or treatment;
- the opinions of independent expert Physicians in the health specialty involved when such opinions are based on broad professional consensus; or
- other relevant information obtained by HPN.

When applied to Inpatient services, "Medically Necessary" further means that the Member's condition requires treatment in a Hospital rather than in any other setting. Services and accommodations will not automatically be considered Medically Necessary simply because they were prescribed by a Physician.

*Benefit Schedule*

| Covered Services and Limitations | Referral or Prior Auth Required[1] | Tier I HMO Plan Provider Benefit* | Tier II Plan Provider Benefit* | Tier III Non-Plan Provider Benefit* |
|---|---|---|---|---|
| **Non-preventive Routine Lab and X-ray Services** The Copayment/Cost-share is in addition to the Physician office visit Copayment/Cost-share and applies to services rendered in a Physician's office or at an independent facility. | Yes | | | |
| • Lab | | Member pays $10 per visit. | Member pays $25 per visit. | After CYD, Member pays 50% of EME. |
| • X-Ray | | Member pays $20 per visit. | Member pays $50 per visit. | After CYD, Member pays 50% of EME. |
| **Virtual Visits** (Available through NowClinic or select contracted Providers) | No | Member pays $0 per visit. | Virtual Visits are covered under the Tier I HMO benefit. | Virtual Visits are covered under the Tier I HMO benefit. |
| **Urgent Care Facility** | No | Member pays $40 per visit. | Urgent Care Facility Services are covered under the Tier I HMO benefit. | Urgent Care Facility Services are covered under the Tier I HMO benefit. |
| **Emergency Services** | | | | |
| • Emergency Room Facility (includes Physician Services) | No | Member pays $1,000 per visit; waived if admitted through a Hospital Emergency Room Facility. | Member pays $1,000 per visit; waived if admitted through a Hospital Emergency Room Facility. | Member pays $1,000 per visit; waived if admitted through a Hospital Emergency Room Facility. |
| • Hospital Admission - Emergency Stabilization (includes Physician Services) Applies until patient is stabilized and safe for transfer as determined by the attending Physician. NOTE:  Member is responsible for all amounts exceeding any applicable maximum benefit and amounts exceeding the Plan's EME payment to Non-Plan Providers.  As a result, the Member will be responsible for the difference between the amount billed by the Non-Plan Provider and the reimbursement amount determined by HPN, unless prohibited by law.  Such amounts do not accumulate to the Calendar Year Out of Pocket Maximum. | No | Member pays $1,000 per day not to exceed $3,000 per admission. | Member pays $1,000 per day not to exceed $3,000 per admission. | Member pays $1,000 per day not to exceed $3,000 per admission. |

*Refer to the Limitations Section of the EOC for information regarding EME and benefit maximums.*

# *Benefit Schedule*

| Covered Services and Limitations | Referral or Prior Auth Required[1] | Tier I HMO Plan Provider Benefit* | Tier II Plan Provider Benefit* | Tier III Non-Plan Provider Benefit* |
|---|---|---|---|---|
| **Ambulance Services** | | | Emergency Ambulance Services are covered under the Tier I HMO benefit. | Emergency Ambulance Services are covered under the Tier I HMO benefit. |
| • Emergency Transport | No | Member pays $1,000 per trip. | | |
| • Non-Emergency - HPN Arranged Transfers | Yes | Member pays $0. | | |
| **Inpatient Hospital Facility Services** (Elective and Emergency Post-Stabilization Admissions) | Yes | Member pays $1,000 per day not to exceed $3,000 per admission. | After CYD, Member pays 20% of EME. | After CYD, Member pays 50% of EME. |
| • Physician Fees and Medical Services | Yes | Member pays $1,000 per day not to exceed $3,000 per admission. | After CYD, Member pays 20% of EME. | After CYD, Member pays 50% of EME. |
| **Outpatient Hospital Facility Services** | Yes | Member pays $500 per surgery. | After CYD, Member pays 20% of EME. | After CYD, Member pays 50% of EME. |
| **Ambulatory Surgical Facility Services** | Yes | Member pays $100 per surgery. | After CYD, Member pays 20% of EME. | After CYD, Member pays 50% of EME. |
| **Anesthesia Services** | Yes | Member pays $100 per surgery. | After CYD, Member pays 20% of EME. | After CYD, Member pays 50% of EME. |
| **Physician Surgical Services - Inpatient and Outpatient** | | | | |
| • Inpatient Hospital Facility | Yes | Member pays $150 per surgery. | After CYD, Member pays 20% of EME. | After CYD, Member pays 50% of EME. |
| • Outpatient Hospital Facility | Yes | Member pays $150 per surgery. | After CYD, Member pays 20% of EME. | After CYD, Member pays 50% of EME. |
| • Ambulatory Surgical Facility | Yes | Member pays $100 per surgery. | After CYD, Member pays 20% of EME. | After CYD, Member pays 50% of EME. |
| • Physician's Office | | | | |
| Primary Care Physician (Includes all physician services related to the surgical procedure) | No | Member pays $15 per visit. | Member pays $30 per visit. | After CYD, Member pays 50% of EME. |
| Specialist (Includes all physician services related to the surgical procedure) | Yes | Member pays $30 per visit. | Member pays $60 per visit. | After CYD, Member pays 50% of EME. |

*Refer to the Limitations Section of the EOC for information regarding EME and benefit maximums.*

# *Benefit Schedule*

| Covered Services and Limitations | Referral or Prior Auth Required[1] | Tier I HMO Plan Provider Benefit* | Tier II Plan Provider Benefit* | Tier III Non-Plan Provider Benefit* |
|---|---|---|---|---|
| **Gastric Restrictive Surgery Services** HPN provides a lifetime benefit maximum of one (1) Medically Necessary surgery per Member. | | | Gastric Restrictive Surgery Services are covered under the Tier I HMO benefit. | Gastric Restrictive Surgery Services are covered under the Tier I HMO benefit. |
| • Physician Surgical Services | Yes | Member pays $2,500 per surgery. Subject to maximum benefit. | | |
| • Physician's Office Visit | Yes | Member pays $30 per visit. | | |
| **Organ and Tissue Transplant Surgical Services** | | | Organ and Tissue Transplant Services are covered under the Tier I HMO benefit. | Organ and Tissue Transplant Services are covered under the Tier I HMO benefit. |
| • Inpatient Hospital Facility | Yes | Member pays $1,000 per day not to exceed $3,000 per admission. | | |
| • Physician Surgical Services - Inpatient Hospital Facility | Yes | Member pays $150 per surgery. | | |
| • Transportation, Lodging and Meals The maximum benefit per Member per Transplant Benefit Period for transportation, lodging and meals is $10,000. The maximum daily limit for lodging and meals is $200. | Yes | Member pays $0 per surgery. Subject to maximum benefit. | | |
| **Post-Cataract Surgical Services** | | | Post-Cataract Surgical Services are covered under the Tier I HMO Benefit. | Post-Cataract Surgical Services are covered under the Tier I HMO Benefit. |
| • Frames and Lenses | Yes | Member pays $10 per pair of glasses. Subject to maximum benefit. | | |
| • Contact Lenses Benefit is limited to one (1) pair of Medically Necessary glasses or set of contact lenses as applicable per Member per surgery. | Yes | Member pays $10 per set of contact lenses. Subject to maximum benefit. | | |
| **Home Healthcare Services (does not include Specialty Prescription Drugs)** Subject to a combined Tier II and Tier III maximum benefit of sixty (60) visits per Member per Calendar Year. | Yes | Member pays $30 per visit. | After CYD, Member pays 20% of EME. Subject to maximum benefit. | After CYD, Member pays 50% of EME. Subject to maximum benefit. |

*Refer to the Limitations Section of the EOC for information regarding EME and benefit maximums.*

**020**

*Benefit Schedule*

| Covered Services and Limitations | Referral or Prior Auth Required¹ | Tier I HMO Plan Provider Benefit* | Tier II Plan Provider Benefit* | Tier III Non-Plan Provider Benefit* |
|---|---|---|---|---|
| **Hospice Care Services** | | | Hospice Care Services are covered under the Tier I HMO benefit. | Hospice Care Services are covered under the Tier I HMO benefit. |
| • Inpatient Hospice Facility | Yes | Member pays $1,000 per admission. | | |
| • Outpatient Hospice Services | Yes | Member pays $0 per visit. | | |
| • Inpatient and Outpatient Respite Services Benefits are limited to a combined maximum benefit of five (5) Inpatient days or five (5) Outpatient visits per Member per ninety (90) days of Home Hospice Care. | Yes | | | |
| ◦ Inpatient | | Member pays $1,000 per admission. Subject to maximum benefit. | | |
| ◦ Outpatient | | Member pays $15 per visit. Subject to maximum benefit. | | |
| • Bereavement Services Benefits are limited to a maximum benefit of five (5) group therapy sessions. Treatment must be completed within six (6) months of the date of death of the Hospice patient. | Yes | Member pays $15 per visit. Subject to maximum benefit. | | |
| **Skilled Nursing Facility** Subject to a combined Tier I, II and III maximum benefit of one hundred (100) days per Member per Calendar Year. | Yes | Member pays $1,000 per admission; waived if admitted from an acute care facility. Subject to maximum benefit. | After CYD, Member pays 20% of EME. Subject to maximum benefit. | After CYD, Member pays 50% of EME. Subject to maximum benefit. |
| **Residential Treatment Center** Subject to a combined Tier I, II and III maximum benefit of one hundred (100) days per Member per Calendar Year. | Yes | Member pays $1,000 per admission; waived if admitted from an acute care facility. Subject to maximum benefit. | After CYD, Member pays 20% of EME. Subject to maximum benefit. | After CYD, Member pays 50% of EME. Subject to maximum benefit. |
| **Manual Manipulation** Applies to Medical-Physician Services and Chiropractic office visit. Subject to a combined Tier I, II and III maximum benefit of twenty (20) visits per Member per Calendar Year. | Yes | Member pays $15 per visit. Subject to maximum benefit. | After CYD, Member pays 20% of EME. Subject to maximum benefit. | After CYD, Member pays 50% of EME. Subject to maximum benefit. |

*Refer to the Limitations Section of the EOC for information regarding EME and benefit maximums.*

# Benefit Schedule

| Covered Services and Limitations | Referral or Prior Auth Required[1] | Tier I HMO Plan Provider Benefit* | Tier II Plan Provider Benefit* | Tier III Non-Plan Provider Benefit* |
|---|---|---|---|---|
| **Short-Term Habilitation Services** (including but not limited to Physical, Speech and Occupational Therapy) | | | | |
| • Inpatient Hospital Facility | Yes | Member pays $1,000 per admission. Subject to maximum benefit. | After CYD, Member pays 20% of EME. Subject to maximum benefit. | After CYD, Member pays 50% of EME. Subject to maximum benefit. |
| • Outpatient | Yes | Member pays $15 per visit. Subject to maximum benefit. | After CYD, Member pays 20% of EME. Subject to maximum benefit. | After CYD, Member pays 50% of EME. Subject to maximum benefit. |
| All Inpatient and Outpatient Short-Term Habilitation Services are subject to a combined Tier I, II and III maximum benefit of one hundred twenty (120) days/visits per Member per Calendar Year. | | | | |
| **Short-Term Rehabilitation Services** (including but not limited to Physical, Speech and Occupational Therapy) | | | | |
| • Inpatient Hospital Facility | Yes | Member pays $1,000 per admission. Subject to maximum benefit. | After CYD, Member pays 20% of EME. Subject to maximum benefit. | After CYD, Member pays 50% of EME. Subject to maximum benefit. |
| • Outpatient | Yes | Member pays $15 per visit. Subject to maximum benefit. | After CYD, Member pays 20% of EME. Subject to maximum benefit. | After CYD, Member pays 50% of EME. Subject to maximum benefit. |
| All Inpatient and Outpatient Short-Term Rehabilitation Services are subject to a combined Tier I, II and III maximum benefit of one hundred twenty (120) days/visits per Member per Calendar Year. | | | | |
| **Durable Medical Equipment** Monthly rental or purchase at HPN's option. Purchases are limited to a single purchase of a type of DME, including repair and replacement, once every three (3) years. | Yes | Member pays $0. Subject to maximum benefit. | Durable Medical Equipment is covered under the Tier I HMO benefit. | Durable Medical Equipment is covered under the Tier I HMO benefit. |
| **Genetic Disease Testing Services** | Yes | | Genetic Disease Testing Services are covered under the Tier I HMO benefit. | Genetic Disease Testing Services are covered under the Tier I HMO benefit. |
| • Office Visit | | Member pays $30 per visit. | | |
| • Lab Includes Inpatient, Outpatient and independent Laboratory Services. | | Member pays $30 per visit. | | |
| **Infertility Office Visit Evaluation** Please refer to applicable surgical procedure Copayment/Cost-share and/or Coinsurance amount herein for any surgical infertility procedures performed. | Yes | Member pays $30 per visit. | Infertility Office Visit Evaluations are covered under the Tier I HMO benefit. | Infertility Office Visit Evaluations are covered under the Tier I HMO benefit. |

*Refer to the Limitations Section of the EOC for information regarding EME and benefit maximums.*

# *Benefit Schedule*

| Covered Services and Limitations | Referral or Prior Auth Required[1] | Tier I HMO Plan Provider Benefit* | Tier II Plan Provider Benefit* | Tier III Non-Plan Provider Benefit* |
|---|---|---|---|---|
| **Self-Management and Treatment of Diabetes** | | | Self-Management and Treatment of Diabetes are covered under the Tier I HMO benefit. | Self-Management and Treatment of Diabetes are covered under the Tier I HMO benefit. |
| • Education and Training | No | Member pays $15 per visit. | | |
| • Supplies (except for Insulin Pump Supplies) | No | Member pays $5 per therapeutic supply. | | |
| Insulin Pump Supplies | Yes | Member pays $10 per therapeutic supply. | | |
| • Equipment (except for Insulin Pump) | Yes | Member pays $20 per device. | | |
| Insulin Pump | Yes | Member pays $100 per device. | | |
| **Special Food Products and Enteral Formulas** | Yes | Member pays $0. | Special Food Products and Enteral Formulas are covered under the Tier I HMO benefit. | Special Food Products and Enteral Formulas are covered under the Tier I HMO benefit. |
| **Temporomandibular Joint Treatment** | Yes | Member pays 50% of EME. | TMJ Treatment is covered under the Tier I HMO benefit. | TMJ Treatment is covered under the Tier I HMO benefit. |
| **Mental Health and Severe Mental Illness Services** | | | | |
| • Inpatient Hospital Facility | Yes | Member pays $1,000 per day not to exceed $3,000 per admission. | After CYD, Member pays 20% of EME. | After CYD, Member pays 50% of EME. |
| • Outpatient Treatment (including Telemedicine Services) | Yes | Member pays $15 per visit. | Member pays $30 per visit. | After CYD, Member pays 50% of EME. |
| **Substance-Related and Addictive Disorder Services** | | | | |
| • Inpatient Hospital Facility | Yes | Member pays $1,000 per day not to exceed $3,000 per admission. | After CYD, Member pays 20% of EME. | After CYD, Member pays 50% of EME. |
| • Outpatient Treatment (including Telemedicine Services) | Yes | Member pays $15 per visit. | Member pays $30 per visit. | After CYD, Member pays 50% of EME. |

*Refer to the Limitations Section of the EOC for information regarding EME and benefit maximums.*