# EXHIBIT 2

# HPN Denial of Authorization

# Request for 12.2021



HEALTH PLAN OF NEVADA
A UnitedHealthcare Company
P.O. Box 15645 Las Vegas, NV 89114-5645
ADDRESS SERVICE REQUESTED

December 6, 2021



LAS VEGAS NV

**NOTICE OF DECISION FOR PAYMENT OF AUTHORIZATION REQUEST**

Si necesita esta información traducida en español, llame el Departamento de Servicios para Miembros al (702) 242-7300 o, 800-777-1840 (TTY 711).

| | |
|---|---|
| Facility Name: | DANIELS ACADEMY |
| Attending MD: | JUSTIN MORIN CPC |
| Patient Name: | J█ K█ |
| Patient Number: | █906 4 |
| Group Number: | 60006973 1001 |
| Reference Number: | 212590176 |
| Non-authorized: | Residential Treatment Center Days; 12/04/2021 and forward |

Dear J█ K█,

We have finished our review of information regarding the request for the service(s) noted above. After careful consideration of all available information, we are unable to approve this request for the following reason(s):

According to the Health Plan of Nevada (HPN) Group Plans Attachment A Benefit Schedule, you have exhausted the 100 day calendar year maximum residential treatment benefit.

Criteria used: Health Plan of Nevada (HPN) HPN Group Plans Attachment A Benefit Schedule

Please consult with your physician to discuss your treatment options.

A plan Medical Director is available to discuss this matter with your physician upon his/her request by calling the Utilization Management Department at (702) 364-1484 or toll free at (800) 873-2246. This physician communication is not considered an appeal.

A copy of the actual benefit provision, guideline, protocol or other similar criterion used is available to you on request and free of charge. You may obtain a copy of the criteria on which the denial was based by calling Member Services at 702-242-7300 or 800-777-1840 toll free, TTY 711. Representatives are available Monday through Friday from 8 a.m. through 5 p.m., PST.
If you believe this decision is not correct, you, or a person acting on your behalf (your authorized representative), have the right to request an appeal. Please refer to "IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS" included with this letter for instructions on how to request an appeal.

LUDBHPNI

**025**