# EXHIBIT 3

# HPN Denial of 1st Appeal

# for 12.2021



**HEALTH PLAN OF NEVADA**
A UnitedHealthcare Company

May 25, 2022



Las Vegas, NV

Re:  Member Name:        J███ I. K███
     Member Number:      ███06-04
     Facility Name:      Daniels Academy
     Attending M.D.:     Justin Morin, CPC
     Reference Number:   212590176
     Services:           Residential Treatment Center (RTC) Days – December 5, 2021 through December 31, 2021
     Claim Number:       220891379001
     Billed Charge:      $57,600.00

Dear J███ I. K███,

Thank you for your patience during our review process. This letter is in response to the request for an appeal regarding the above referenced denial for Residential Treatment Center Days from December 5, 2021 through December 31, 2021, submitted on your behalf by Julie E. Katz and Neal J. Katz. The claim originally processed in line with your 2021 Evidence of Coverage (EOC) and 2021 Benefit Schedule under the Tier III Non-Plan Provider Benefit level for "Residential Treatment Center" benefit, at the Eligible Medical Expenses (EME), the maximum allowed for non-plan providers. Based on your plan benefits, the amount of $8,507.37 applied to your 2021 coinsurance responsibility for the Dates of Service (DOS) August 26, 2021 through December 4, 2021. In addition, DOS December 5, 2021 through December 31, 2021 denied according to the HPN Attachment A Benefit Schedule, you have exhausted the 100 day calendar year maximum benefit for care at a RTC.

Health Plan of Nevada, Inc. (HPN) has reviewed all available documentation related to your case, including medical records. On May 24, 2022, the HPN Registered Nurse (RN) determined to deny the request to approve DOS December 5, 2021 through December 31, 2021. You have asked us to pay for the care you received in the RTC, Daniels Academy, from August 26, 2021 through December 31, 2021. An RTC is a live-in health care facility that provides therapy for substance use and mental health issues. Your health plan's Benefit Schedule states in part, RTC is limited to a maximum benefit of 100 days per member per calendar year. Our records show that you were admitted to Daniels Academy on August 26, 2021. Your stay from August 26, 2021 through December 31, 2021 represents a 100 day admission in an RTC during the current calendar year. Your 100 day maximum benefit exceeded on December 5, 2021. Therefore, we cannot pay for care in the RTC from December 5, 2021 through December 31, 2021 at this time.



**Please refer to your Attachment A Benefit Schedule, pages 1, 2, 6 and 10, which reads in part:**

**Tier III Non-Plan Provider Benefits** apply when a Member obtains Covered Services from a Non-Plan Provider. Out of pocket expenses are the highest with this option because all benefits are subject to a higher CYD and higher Coinsurance percentage. Claim forms must be submitted for services received from Tier III Non-Plan Providers. Further, certain services are not covered under this Tier; please reference the following pages for detailed benefit information.

**Coinsurance:** After meeting any applicable CYD, your Coinsurance, if applicable, for Tier II Covered Services is 20% of EME. Your Coinsurance for most Tier III Covered Services is 50% of EME.

**Note: You are responsible for all amounts exceeding the applicable benefit maximums, EME payments to Tier III Non-Plan Providers and penalties for not complying with HPN's Managed Care Program. Further, such amounts do not accumulate to your applicable Calendar Year Out of Pocket Maximum.**

| Covered Services and Limitations | Referral or Prior Auth. Required(1) | Tier I HMO Plan Provider Benefit* | Tier II Plan Provider Benefit* | Tier III Non-Plan Provider Benefit* |
|---|---|---|---|---|
| **Residential Treatment Center** Subject to a combined Tier I, II and III maximum benefit of one hundred (100) days per Member per Calendar Year. | Yes | Member pays $1,000 per admission; waived if admitted from an acute care facility. Subject to maximum benefit. | After CYD, Member pays 20% of EME. Subject to maximum benefit. | After CYD, Member pays 50% of EME. Subject to maximum benefit. |

**Please note:** For Inpatient and Outpatient admissions, in addition to specified surgical Copayments and/or Coinsurance amounts, Member is also responsible for all other applicable facility and professional Copayments and/or Coinsurance amounts as outlined in the Attachment A Benefit Schedule.

Member is responsible for any/all amounts exceeding any stated maximum benefit amounts and/or any/all amounts exceeding the Plan's payment to Non-Plan Providers under this Plan. Further, such amounts do not accumulate to the calculation of the Calendar Year Copayment and Coinsurance Maximums.

**Please refer to your EOC, pages 12, 13, 22, 23 and 34, which reads in part:**

**SECTION 5. Obtaining Covered Services**
This section tells you under what conditions services are available under this Plan and your obligations as a Member. You should also carefully review the Exclusions and Limitations Sections (Section 7. and Section 8. respectively) prior to obtaining any healthcare services.


J█████ I. K█████
May 25, 2022
Page 3

## 5.1 Availability of Covered Services

Members are entitled to receive the Covered Services set forth in Section 6 herein and the Attachment A Benefit Schedule subject to all terms and conditions of this EOC, and payment of required premium. These Covered Services are available only if and to the extent that they are:
- Provided, prescribed or arranged by the Member's PCP;
- Specifically authorized through HPN's Managed Care Program;
- Received in HPN's Service Area through a Plan Provider; and
- Medically Necessary as defined in this EOC.

## SECTION 6. Covered Services

This section tells you what services are covered under this Plan. Only services and supplies, which meet HPN's definition of Medically Necessary will be considered to be Covered Services. The Attachment A Benefit Schedule shows, if applicable, the Calendar Year Deductible, Copayments, Coinsurance and benefit limitations for Covered Services. All Covered Services are subject to HPN's Managed Care Program.

## 6.19 Mental Health Services and Severe Mental Illness Services

All benefits are subject to the Utilization Management process through Behavioral Healthcare Options (BHO). Services must be offered in a treatment setting that is appropriate for the Medically Necessary level of care, as determined by staffing, ability to provide patient safety, treatment intensity, the diagnostic and therapeutic modalities available, the extent of supportive services and access to general medical care.

**Inpatient:** A structured hospital-based program which provides twenty-four (24) hours a day, seven (7) days a week nursing care, medical monitoring, and physician availability; assessment and diagnostic services, daily physician visits, active behavioral health treatment, and specialty medical consultation with an immediacy needed to avoid serious jeopardy to the health of the Member or others.

**Residential Treatment Center Services (RTC):** A hospital-based program which provides twenty-four (24) hours a day, seven (7) days a week nursing care, medical monitoring, and physician availability; assessment and diagnostic services, daily physician visits and active behavioral health treatment services for the purpose of initiating the process of assisting a Member with gaining the knowledge and skills needed to prevent recurrence of a mental health-related disorder.

No benefits are available for psychosocial rehabilitation or care received as a custodial Inpatient.

All inpatient Mental Health or Severe Mental Illness Services require Plan notification. Network facilities must provide notification of all inpatient admissions to the Plan. When these services are provided out of network, the Member is responsible for providing the notification and relevant information to the Plan. Members should provide notice of emergent admissions within twenty-four (24) hours of admission or as soon as reasonably possible given the circumstances. Members may delegate their responsibility to provide notification to the non-network facility but it is the Member's responsibility to ensure that the Plan receives notification. Initial notification results in a medical necessity review based on plan requirements and may result in an adverse benefit determination.


May 25, 2022
Page 4

All admissions for Emergency Services are reviewed retrospectively to determine if the treatment received was Medically Necessary and appropriate. If the Member is admitted to a Mental Health or Severe Mental Illness facility for non-emergency treatment without Prior Authorization, Member will be responsible for the cost of services received.

**SECTION 8. Limitations**
This section tells you when HPN's duty to provide or arrange for services is limited.

**8.2 Calendar Year and Lifetime Maximum Benefit Limitations**
Please see the Attachment A Benefit Schedule for Calendar Year maximums or lifetime maximums applicable to certain benefits.

**Please refer to your EOC "Glossary" section 14, pages 56, 57, 58 and 59, the following terms are defined:**

**"Benefit Schedule"** means the brief summary of benefits, limitations and Copayments given to the Subscriber by HPN. It is Attachment A to this EOC.

**"Inpatient"** means being confined in a Hospital, Skilled Nursing Facility or Residential Treatment Center as a registered bed patient under a Physician's order.

**"Medically Necessary"** means a service or supply needed to improve a specific health condition or to preserve the Member's health and which, as determined by HPN is:
- consistent with the diagnosis and treatment of the Member's Illness or Injury;
- the most appropriate level of service which can be safely provided to the Member; and
- not solely for the convenience of the Member, the Provider(s) or Hospital.

In determining whether a service or supply is Medically Necessary, HPN may give consideration to any or all of the following:
- the likelihood of a certain service or supply producing a significant positive outcome;
- reports in peer-review literature;
- evidence based reports and guidelines published by nationally recognized professional organizations that include supporting scientific data;
- professional standards of safety and effectiveness that are generally recognized in the United States for diagnosis, care or treatment;
- the opinions of independent expert Physicians in the health specialty involved when such opinions are based on broad professional consensus; or
- other relevant information obtained by HPN.

When applied to Inpatient services, "Medically Necessary" further means that the Member's condition requires treatment in a Hospital rather than in any other setting. Services and accommodations will not automatically be considered Medically Necessary simply because they were prescribed by a Physician.


May 25, 2022
Page 5

"**Non-Plan Provider**" means a Provider who does not have an independent contractor agreement with HPN.

"**Residential Treatment Center**" means a sub-acute facility or acute care facility which delivers twenty-four (24) hours/ seven (7) days a week assessment, diagnostic services and active behavioral health treatment to Members. The level of care and length of stay, in a facility with the appropriate licensure level, is authorized through the HPN Managed Care program.

Your case is not eligible for review by independent health care professionals. Final adverse benefit determinations based on the Plan's requirements for medical necessity, appropriateness, health care setting, level of care, and effectiveness of a Covered Benefit allow for review by an Independent Review Organization (IRO).

### Appeal Rights

If you are not satisfied with this decision, you or your authorized representative may request a 2nd Level Formal Appeal, which is a review by the Grievance Review Committee. This is a voluntary level of review at no cost to the member. If you disagree with this decision and would like to pursue the next level of review, you must submit your request within thirty (30) days in writing to:

> Health Plan of Nevada, Inc.
> Attn: Customer Response and Resolution Department
> PO Box 14865
> NV017-3020
> Las Vegas, NV 89114-4865
> Or
> Contact Member Services
> 800-777-1840

When your request for a 2nd Level Formal Appeal is received, you will be contacted to schedule your participation telephonically in the grievance meeting. You have the right to have a representative act on your behalf. Should you choose to have a third party representative act on your behalf, your written authorization will be required in advance. Please be advised you may submit supporting documents, records and/or relevant information pertaining to your case prior to the scheduled meeting date. This information should be received at least ten (10) days prior to your scheduled review. Your case will be reviewed by the Grievance Review Committee within thirty (30) days from the date the request is received.

The review by the Grievance Review Committee is the final internal appeal process offered by the Plan.

### Other Member Rights

- Please contact Member Services at 800-777-1840 if you need diagnosis and/or treatment code information regarding the services referenced in this communication.
- If you require assistance understanding this denial or our decision to deny the above referenced service or coverage, please contact the Member Services Department at 800-777-1840.

**031**