# EXHIBIT 4

# Request for 2nd Appeal for 12.2021

To: HPN

It is our understanding that HPN is denying coverage on the basis that our 100 day maximum benefit of RTC was reached on December 5th, 2021. The claim number is 220891379001 We believe that Daniels Academy is medically necessary to J█ K█'s ASD 1 diagnosis and we want to appeal on a second level. I am attaching J█'s monthly updates from Daniels Academy up through December 31st, 2021.

J█' dob is ██/05

His member ID is ████06-04

Thank you! Julie Katz ████  

dob ██/1965

RECEIVED
JUN 6 2022
MEMBER SERVICES

RECEIVED
JUN 0 6 2022
CLAIMS SUPPORT

033