# EXHIBIT 6

## HPN Denial of Authorization

## Request for 4.2022 forward



HEALTH PLAN OF NEVADA
A UnitedHealthcare Company
P.O. Box 15645 Las Vegas, NV 89114-5645
ADDRESS SERVICE REQUESTED

June 20, 2022

J[redacted] K[redacted]
[redacted]
LAS VEGAS NV [redacted]

**FILE COPY**

**NOTICE OF DECISION FOR PAYMENT OF AUTHORIZATION REQUEST**

Si necesita esta información traducida en español, llame el Departamento de Servicios para Miembros al (702) 242-7300 o, 800-777-1840 (TTY 711).

| | |
|---|---|
| Facility Name: | |
| Attending MD: | POONAM SONI MD |
| Patient Name: | J[redacted] K[redacted] |
| Patient Number: | [redacted]906 4 |
| Group Number: | 60006973 1001 |
| Reference Number: | 220470348 |
| Non-authorized: | Residential Treatment Center Days; 04/11/2022 and forward |

Dear J[redacted] K[redacted],

We have finished our review of information regarding the request for the service(s) noted above. After careful consideration of all available information, we are unable to approve this request for the following reason(s):

According to the Health Plan of Nevada (HPN) Group Plans Attachment A Benefit Schedule, you have exhausted the 100 day calendar year maximum benefit for care at a residential treatment center (RTC). Criteria used: Health Plan of Nevada (HPN) HPN Group Plans Attachment A Benefit Schedule

Please consult with your physician to discuss your treatment options.

A plan Medical Director is available to discuss this matter with your physician upon his/her request by calling the Utilization Management Department at (702) 364-1484 or toll free at (800) 873-2246. This physician communication is not considered an appeal.

A copy of the actual benefit provision, guideline, protocol or other similar criterion used is available to you on request and free of charge. You may obtain a copy of the criteria on which the denial was based by calling Member Services at 702-242-7300 or 800-777-1840 toll free, TTY 711. Representatives are available Monday through Friday from 8 a.m. through 5 p.m., PST.

If you believe this decision is not correct, you, or a person acting on your behalf (your authorized representative), have the right to request an appeal. Please refer to "IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS" included with this letter for instructions on how to request an appeal.

If you have questions regarding this determination, please call your Member Services Representative Monday through Friday from 8:00 a.m. to 5:00 p.m. (PST) at (702) 242-7300 or toll-free at (800) 777-1840 if outside the Las Vegas area. If you have a speech or hearing impairment, please call TTY 711. Oral interpreter services are also available.

Please contact Member Services at 702-242-7300 or 800-777-1840 toll free, TTY 711 during normal business hours if you need diagnosis and/or treatment code information regarding the services referenced in this communication.

Para obtener asistencia en español, llame al número de teléfono de servicio al cliente que se incluye en este documento.

*Para sa tulong sa Tagalog, tawagan ang numero ng serbisyo sa customer na kabilang sa dokumentong ito.*

若需要中文协助，请拨打本文件内的客户服务电话。

Dine k'ehji shich'i' hadoodzih ninizingo, koji' hodiilnih dine yikah 'anidaalwoji ei binumber dii naaltsoos bikaa doo.

Sincerely,

Medical Director
Utilization Management

CC: Member
Service Provider
Requesting Provider
File

Reference #: 220470348

LUDBHPNI