# EXHIBIT 7

# HPN Denial of 1st Appeal

# for 4.2022 forward



**HEALTH PLAN OF NEVADA**
A UnitedHealthcare Company

July 28, 2022



Las Vegas, NV

Re:  Member Name:      J███ I. K███
     Member Number:    ██████06-04
     Provider Name:    Daniels Academy
     Reference Number: 220470348
     Procedure/Service: Residential Treatment Center (RTC) Days
     Dates of Service: April 11, 2022 and forward
     Claim Numbers:    221381306000, 221580902000, 221520347000 and 221822231000
     Billed Charges:   $13,500.00, $185.00, $13,500.19 and $13,500.00

Dear J███ I. K███:

Thank you for your patience during our review process. This letter is in response to the request for an appeal regarding the above referenced claims processing, submitted on your behalf by Justin Morin, CPC. Please be advised, claim numbers 221580902000 and 221822231000 were not included in the Appeal Acknowledgement Letter but was included in the appeal review. The claims originally processed in line with your Evidence of Coverage (EOC) and Benefit Schedule under the Tier III Non-Plan Provider Benefit level for "Residential Treatment Center" at the Eligible Medical Expenses (EME), the maximum allowed for non-plan providers. The amount of $2,475.00 for claim number 221381306000 for Dates of Service (DOS) April 1, 2022 through April 10, 2022, applied to your 2022 coinsurance responsibility. In addition, the remainder of the claims for DOS April 11, 2022 and forward denied because you have used up the 100 days calendar year maximum benefit for care at a RTC.

Health Plan of Nevada, Inc. (HPN) has reviewed all available documentation related to your case. On July 27, 2022, the HPN Registered Nurse (RN), determined to deny the request to approve DOS April 11, 2022 and forward. You are asking us to cover more than 100 days in RTC. An RTC is a live-in health care facility that provides therapy for substance use and mental health issues. Your appeal states it is necessary that RTC care continue.

Your appeal and records have been reviewed. Your Attachment A Benefit Schedule, states in part, that you are responsible for all amounts exceeding the applicable benefit maximums. Your Attachment A Benefit Schedule also states in part, that RTC is subject to a maximum benefit of one hundred (100) days per calendar year.


J███ I. K███
July 28, 2022
Page 2

Our records show that you have been in Daniel's Academy RTC since at least January 1, 2022. Based upon your Attachment A Benefit Schedule, you met your benefit maximum of 100 days per calendar year on April 10, 2022. Your benefit maximum has been met and we are unable to cover additional days after April 10, 2022.

Please refer to your Benefit Schedule, pages 1, 2, 6 and 10, which reads in part:

**Tier III Non-Plan Provider Benefits** apply when a Member obtains Covered Services from a Non-Plan Provider. Out of pocket expenses are the highest with this option because all benefits are subject to a higher CYD and higher Coinsurance percentage. Claim forms must be submitted for services received from Tier III Non-Plan Providers. Further, certain services are not covered under this Tier; please reference the following pages for detailed benefit information.

**Calendar Year Deductible (CYD):** There is no CYD when using Tier I HMO Providers. Your CYD is $1,000 of EME per Member and $2,000 of EME per Family for Tier II Plan Provider Services. Your CYD is $2,000 of EME per Member and $4,000 of EME per Family for Tier III Non-Plan Provider Services. A Member may not contribute any more than the individual CYD amount toward the Family CYD amount.

**Coinsurance:** After meeting any applicable CYD, your Coinsurance, if applicable, for Tier II Covered Services is 20% of EME. Your Coinsurance for most Tier III Covered Services is 50% of EME.

**Note: You are responsible for all amounts exceeding the applicable benefit maximums, EME payments to Tier III Non-Plan Providers and penalties for not complying with HPN's Managed Care Program. Further, such amounts do not accumulate to your applicable Calendar Year Out of Pocket Maximum.**

| Covered Services and Limitations | Referral or Prior Auth. Required(1) | Tier I HMO Plan Provider Benefit* | Tier II Plan Provider Benefit* | Tier III Non-Plan Provider Benefit* |
|---|---|---|---|---|
| **Residential Treatment Center** Subject to a combined Tier I, II and III maximum benefit of one hundred (100) days per Member per Calendar Year. | Yes | Member pays $1,000 per admission; waived if admitted from an acute care facility. Subject to maximum benefit. | After CYD, Member pays 20% of EME. Subject to maximum benefit. | After CYD, Member pays 50% of EME. Subject to maximum benefit. |

**Please note:** For Inpatient and Outpatient admissions, in addition to specified surgical Copayments and/or Coinsurance amounts, Member is also responsible for all other applicable facility and professional Copayments and/or Coinsurance amounts as outlined in the Attachment A Benefit Schedule.

046


July 28, 2022
Page 3

Member is responsible for any/all amounts exceeding any stated maximum benefit amounts and/or any/all amounts exceeding the Plan's payment to Non-Plan Providers under this Plan. Further, such amounts do not accumulate to the calculation of the Calendar Year Copayment and Coinsurance Maximums.

1 Referral or Prior Auth. Required Except as otherwise noted and, with the exception of certain Outpatient, non-emergency Mental Health, Severe Mental Illness and Substance-Related and Addictive Disorder Care Physician require a Referral or a Prior Authorization in the form of a written referral authorization from HPN. Please refer to your HPN Evidence of Coverage for additional information.

Please also refer to your EOC, pages 11, 12, 13, 22 and 34, which reads in part:

### SECTION 4. Managed Care Program
This section tells you about HPN's Managed Care Program and which Covered Services require Prior Authorization.

### 4.3 Managed Care Process
The Medical Director and/or HPN's Utilization Review Committee will review proposed services and supplies to be received by a Member to determine:
- If the services are Medically Necessary and/or appropriate.
- The appropriateness of the proposed setting.
- The required duration of treatment or admission.

### SECTION 5. Obtaining Covered Services
This section tells you under what conditions services are available under this Plan and your obligations as a Member. You should also carefully review the Exclusions and Limitations Sections (Section 7. and Section 8. respectively) prior to obtaining any healthcare services.

### 5.1 Availability of Covered Services
Members are entitled to receive the Covered Services set forth in Section 6 herein and the Attachment A Benefit Schedule subject to all terms and conditions of this EOC and payment of required premium. These Covered Services are available only if and to the extent that they are:
- Provided, prescribed or arranged by the Member's PCP;
- Specifically authorized through HPN's Managed Care Program;
- Received in HPN's Service Area through a Plan Provider; and
- Medically Necessary as defined in this EOC.

### SECTION 6. Covered Services
This section tells you what services are covered under this Plan. Only services and supplies, which meet HPN's definition of Medically Necessary will be considered to be Covered Services. The Attachment A Benefit Schedule shows, if applicable, the Calendar Year Deductible, Copayments, Coinsurance and benefit limitations for Covered Services. All Covered Services are subject to HPN's Managed Care Program.


J███ I. K███
July 28, 2022
Page 4

## Mental Health Services and Severe Mental Illness Services

All benefits are subject to the Utilization Management process through HPN Behavioral Health. Services must be offered in a treatment setting that is appropriate for the Medically Necessary level of care, as determined by staffing, ability to provide patient safety, treatment intensity, the diagnostic and therapeutic modalities available, the extent of supportive services and access to general medical care. All non-routine, outpatient Mental Health or Severe Mental Illness Services require Prior Authorization.

**Inpatient:** A structured hospital-based program which provides twenty-four (24) hours a day, seven (7) days a week nursing care, medical monitoring, and physician availability; assessment and diagnostic services, daily physician visits, active behavioral health treatment, and specialty medical consultation with an immediacy needed to avoid serious jeopardy to the health of the Member or others.

**Residential Treatment Center Services (RTC):** a sub-acute facility or acute care facility which delivers twenty-four (24) hours/seven (7) days a week assessment, diagnostic services and active behavioral health treatment to Members. The level of care and length of stay, in a facility with the appropriate licensure level, is authorized through the HPN Managed Care program. NOTE: Transitional Living services are not covered under RTC and are not a covered benefit.

All inpatient Mental Health or Severe Mental Illness Services require Plan notification. Network facilities must provide notification of all inpatient admissions to the Plan. When these services are provided out of network, the Member is responsible for providing the notification and relevant information to the Plan. Members should provide notice of emergent admissions within twenty-four (24) hours of admission or as soon as reasonably possible given the circumstances. Members may delegate their responsibility to provide notification to the non-network facility but it is the Member's responsibility to ensure that the Plan receives notification. Initial notification results in a medical necessity review based on plan requirements and may result in an adverse benefit determination.

**All admissions for Emergency Services are reviewed retrospectively to determine if the treatment received was Medically Necessary and appropriate. If the Member is admitted to a Mental Health or Severe Mental Illness facility for non-emergency treatment without Prior Authorization, Member will be responsible for the cost of services received.**

### SECTION 8. Limitations
This section tells you when HPN's duty to provide or arrange for services is limited.

### 8.2 Calendar Year and Lifetime Maximum Benefit Limitations
Please see the Attachment A Benefit Schedule for Calendar Year maximums or lifetime maximums applicable to certain benefits.

Please also refer to your EOC "Glossary" section, pages 52, 58, 59, 60 and 61, which defines the following terms:

**"Benefit Schedule"** means the brief summary of benefits, limitations and Copayments given to the Subscriber by HPN. It is Attachment A to this EOC.


J███ I. K███
July 28, 2022
Page 5

"**Inpatient**" means being confined in a Hospital, Skilled Nursing Facility or Residential Treatment Center as a registered bed patient under a Physician's order.

"**Medically Necessary**" means a service or supply needed to improve a specific health condition or to preserve the Member's health and which, as determined by HPN is:
- consistent with the diagnosis and treatment of the Member's Illness or Injury;
- the most appropriate level of service which can be safely provided to the Member; and
- not solely for the convenience of the Member, the Provider(s) or Hospital.

In determining whether a service or supply is Medically Necessary, HPN may give consideration to any or all of the following:
- the likelihood of a certain service or supply producing a significant positive outcome;
- reports in peer-review literature;
- evidence based reports and guidelines published by nationally recognized professional organizations that include supporting scientific data;
- professional standards of safety and effectiveness that are generally recognized in the United States for diagnosis, care or treatment;
- the opinions of independent expert Physicians in the health specialty involved when such opinions are based on broad professional consensus; or
- other relevant information obtained by HPN.

When applied to Inpatient services, "Medically Necessary" further means that the Member's condition requires treatment in a Hospital rather than in any other setting. Services and accommodations will not automatically be considered Medically Necessary simply because they were prescribed by a Physician.

"**Non-Plan Provider**" means a Provider who does not have an independent contractor agreement with HPN.

"**Prior Authorization**" or "**Prior Authorized**" means a system that requires a Provider to get approval from HPN before providing non-emergency healthcare services to a Member for those services to be considered Covered Services. Prior Authorization is not an agreement to pay for a service.

"**Residential Treatment Center**" means a sub-acute facility or acute care facility which delivers twenty-four (24) hours/ seven (7) days a week assessment, diagnostic services and active behavioral health treatment to Members. The level of care and length of stay, in a facility with the appropriate licensure level, is authorized through the HPN Managed Care program.

Your case is not eligible for review by independent health care professionals. Final adverse benefit determinations based on the Plan's requirements for medical necessity, appropriateness, health care setting, level of care, and effectiveness of a Covered Benefit allow for review by an Independent Review Organization (IRO).


**Appeal Rights**
If you are not satisfied with this decision, you or your authorized representative may request a 2nd Level Formal Appeal, which is a review by the Grievance Review Committee. This is a voluntary level of review at no cost to the member. If you disagree with this decision and would like to pursue the next level of review, you must submit your request within thirty (30) days in writing to:

> Health Plan of Nevada, Inc.
> Attn: Customer Response and Resolution Department
> PO Box 14865
> NV017-3020
> Las Vegas, NV 89114-4865
> Or
> Contact Member Services
> 800-777-1840

When your request for a 2nd Level Formal Appeal is received, you will be contacted to schedule your participation telephonically in the grievance meeting. You have the right to have a representative act on your behalf. Should you choose to have a third party representative act on your behalf, your written authorization will be required in advance. Please be advised you may submit supporting documents, records and/or relevant information pertaining to your case prior to the scheduled meeting date. This information should be received at least ten (10) days prior to your scheduled review. Your case will be reviewed by the Grievance Review Committee within thirty (30) days from the date the request is received.

The review by the Grievance Review Committee is the final internal appeal process offered by the Plan.

**Other Member Rights**
- Please contact Member Services at 800-777-1840 if you need diagnosis and/or treatment code information regarding the services referenced in this communication.
- If you require assistance understanding this denial or our decision to deny the above referenced service or coverage, please contact the Member Services Department at 800-777-1840.
- You have the right to submit written comments, documents, records or other information relevant to your appeal. This information should be submitted to the Customer Response and Resolution Department at the fax number or address listed above.
- You may appoint a person to act on your behalf (your Authorized Representative). Your appeal request should include the name of the person, family member, attorney, that you request to appoint to represent you during the appeals process.
- If you are dissatisfied with the health plan's determination, you may file a complaint by contacting the Member Services Department at 800-777-1840. Complaints may also be submitted via facsimile to (702) 266-8813 or by mailing your written complaint to HPN at PO Box 14865, Mail Stop NV017-3020, Las Vegas, NV 89114.
- You may request that this notification and future correspondence be translated into a non-English language. To request language translation services, please contact the Member Services Department at 800-777-1840.


July 28, 2022
Page 7

- If your plan is governed by the Employee Retirement Income and Security Act (ERISA), you may have the right to file a civil action under ERISA if all required reviews of your claim have been completed.
- Individual health Plans are not governed by ERISA.

**Availability of Consumer Assistance/Ombudsman Services**
There may be other resources available to help you understand the appeals process. If your plan is governed by ERISA, you can contact the Employee Benefits Security Administration at 1(866) 444-EBSA (3272). If your plan is not governed by ERISA, you can contact the Department of Health and Human Services Health Insurance Assistance Team at 1 (888) 393-2789.

You may also contact the Nevada Office for Consumer Health Assistance at (702) 486-3587 in Las Vegas, or toll-free at (888) 333-1597 if outside the Las Vegas area, or via e-mail at cha@govcha.state.nv.gov.

The Office for Consumer Health Assistance was established to provide a single point of contact for consumers to assist them in understanding their rights and responsibilities under Nevada law and health care plans. The Office is dedicated to providing assistance through information, counseling, and education. In accordance with Patient Protection and Affordable Care Act the Office for Consumer Health Assistance also serves as an advocate for covered individuals during the appeals process. Please remember the Office for Consumer Health Assistance is not a deciding official.

**Additional Rights**
You have the right to receive free of charge, reasonable access to and copies of all documents, records or other information relevant to your appeal, as well as copies of the guideline or protocol that we relied upon to make this decision. In addition, you have the right to receive a detailed explanation of the Health Plan's determination.

Please be specific in your written request submitted to:

Health Plan of Nevada, Inc.
Attn: Customer Response and Resolution Department
P.O. Box 14865
NV017-3020
Las Vegas, Nevada 89114-4865

We will respond to your request within thirty (30) days from date of receipt. Please be advised that your request for the above information will not change the time you have to file subsequent appeals.


J███ I. K███
July 28, 2022
Page 8

If you have any questions, please call a Member Services Representative at 800-777-1840, Monday - Friday, 8 a.m. - 5 p.m.  A Member Service Representative will be happy to assist you.  If you have a speech or hearing impairment, please call the TDD/ADA line at 711.  Oral interpreter services are also available.

Sincerely,

Lolita C., Appeal Representative
Customer Response & Resolution Department
UnitedHealthcare Nevada


CC:
**Daniels Academy**
**Attn: Justin Morin, CPC**
**904 S. 300 W.**
**Heber City, UT  84032**