# EXHIBIT 8

## HPN Denial of 2nd Appeal

## for 4.2022 forward



## HEALTH PLAN OF NEVADA
A UnitedHealthcare Company

September 23, 2022


LAS VEGAS NV

Re:  Member Name:         J▇▇ I. K▇
      Member Number:       ▇▇▇06-04
      Provider Name:        Daniels Academy
      Reference Number:    220470348
      Services:              Residential Treatment Center (RTC) Inpatient Stay for
                            date of service April 11, 2022 and forward

Dear J▇▇ I. K▇▇:

Thank you for your patience and cooperation during our review process. This letter is in response to the request, submitted by your mother, Julie Katz, for a 2nd Level Formal Appeal of the above referenced pre-service denial. Review by the Health Plan of Nevada, Inc. (HPN) Grievance Review Committee was held on September 22, 2022.

The HPN Grievance Review Committee thoroughly evaluated all of the documents and correspondence regarding your grievance. The HPN Grievance Review Committee is comprised of members of the health plan, such as yourself, and are not employees of the Health Plan. The Grievance Committee members have a high level of expertise in the benefits and exclusions of the plan documents.

After careful consideration, the Committee voted and determined to deny the request for the above referenced service. The Committee noted its rationale for the decision as "the prior authorization request for Residential Treatment Center (RTC) services for date of service April 11, 2022 and forward was denied appropriately in accordance with the Benefit Schedule and Evidence of Coverage (EOC), as the benefit for RTC is subject to a maximum benefit of one hundred (100) days per Member per Calendar Year. The prior authorization for RTC was previously approved for a total of one hundred (100) days from date of service January 1, 2022 through April 10, 2022. Therefore, the maximum benefit of one hundred (100) days per Member per Calendar Year for RTC has been exhausted effective April 11, 2022 and the request for additional days cannot be authorized."

 I. K
September 23, 2022
Page 2

Please reference your Attachment A Benefit Schedule, which states in part:

*Note: You are responsible for all amounts exceeding the applicable benefit maximums, EME payments to Tier III Non-Plan Providers and penalties for not complying with HPN's Managed Care Program. Further, such amounts do not accumulate to your applicable Calendar Year Out of Pocket Maximum.*

| Covered Services and Limitations | Referral or Prior Auth Required[1] | Tier I HMO Plan Provider Benefit* | Tier II Plan Provider Benefit* | Tier III Non-Plan Provider Benefit* |
|---|---|---|---|---|
| **Residential Treatment Center** *Subject to a combined Tier I, II and III maximum benefit of one hundred (100) days per Member per Calendar Year.* | Yes | Member pays $1,000 per admission; waived if admitted from an acute care facility. Subject to maximum benefit. | After CYD, Member pays 20% of EME. Subject to maximum benefit. | After CYD, Member pays 50% of EME. Subject to maximum benefit. |

In addition, your EOC states the following in part:

### SECTION 5. Obtaining Covered Services
*This section tells you under what conditions services are available under this Plan and your obligations as a Member. You should also carefully review the Exclusions and Limitations Sections (Section 7. and Section 8. respectively) prior to obtaining any healthcare services.*

### 5.1 Availability of Covered Services
*Members are entitled to receive the Covered Services set forth in Section 6 herein and the Attachment A Benefit Schedule subject to all terms and conditions of this EOC, and payment of required premium. These Covered Services are available only if and to the extent that they are:*
- *Provided, prescribed or arranged by the Member's PCP;*
- *Specifically authorized through HPN's Managed Care Program;*
- *Received in HPN's Service Area through a Plan Provider; and*
- *Medically Necessary as defined in this EOC.*

 I. K
September 23, 2022
Page 3

**SECTION 6. Covered Services**
*This section tells you what services are covered under this Plan. Only services and supplies, which meet HPN's definition of Medically Necessary will be considered to be Covered Services. The Attachment A Benefit Schedule shows, if applicable, the Calendar Year Deductible, Copayments, Coinsurance and benefit limitations for Covered Services. All Covered Services are subject to HPN's Managed Care Program.*

**6.19 Mental Health Services and Severe Mental Illness Services**
*All benefits are subject to the Utilization Management process through Behavioral Healthcare Options (BHO). Services must be offered in a treatment setting that is appropriate for the Medically Necessary level of care, as determined by staffing, ability to provide patient safety, treatment intensity, the diagnostic and therapeutic modalities available, the extent of supportive services and access to general medical care.*

**Inpatient:** *A structured hospital-based program which provides twenty-four (24) hours a day, seven (7) days a week nursing care, medical monitoring, and physician availability; assessment and diagnostic services, daily physician visits, active behavioral health treatment, and specialty medical consultation with an immediacy needed to avoid serious jeopardy to the health of the Member or others.*

**Partial Hospitalization Programs (PHP):** *A structured program that maintains hours of service for at least twenty (20) hours per week during which assessment and diagnostic services, and active behavioral health treatment are provided.*

**Intensive Outpatient Programs (IOP):** *A structured program that maintains hours of service for at least nine (9) hours per week for adults and six (6) hours per week for children or adolescents during which assessment and diagnostic services, and active behavioral health treatment are provided.*

**Outpatient:** *Assessment, diagnosis and active behavioral health treatment that are provided in an ambulatory setting, including individual and group counseling services.*

**Residential Treatment Center Services (RTC):** *A hospital-based program which provides twenty-four (24) hours a day, seven (7) days a week nursing care, medical monitoring, and physician availability; assessment and diagnostic services, daily physician visits and active behavioral health treatment services for the purpose of initiating the process of assisting a Member with gaining the knowledge and skills needed to prevent recurrence of a mental health-related disorder.*

*No benefits are available for psychosocial rehabilitation or care received as a custodial Inpatient.*

 I. K▮
September 23, 2022
Page 4

*All non-routine, outpatient Mental Health or Severe Mental Illness Services require Prior Authorization. Members must call BHO at (702) 364-1484 or 1-800-873-2246 for assistance in scheduling their first appointment in order to verify that any requested Mental Health or Severe Mental Illness Services are Covered Services under the Plan, and that such Covered Services will be obtained at the appropriate level of care in order to be eligible for full benefit payment. A BHO coordinator will either assist in scheduling the appointment or will make a referral to the appropriate Plan Provider based on the service requested and the associated level of acuity.*

*All inpatient Mental Health or Severe Mental Illness Services require Plan notification. Network facilities must provide notification of all inpatient admissions to the Plan. When these services are provided out of network, the Member is responsible for providing the notification and relevant information to the Plan. Members should provide notice of emergent admissions within twenty-four (24) hours of admission or as soon as reasonably possible given the circumstances. Members may delegate their responsibility to provide notification to the non-network facility but it is the Member's responsibility to ensure that the Plan receives notification. Initial notification results in a medical necessity review based on plan requirements and may result in an adverse benefit determination.*

***All admissions for Emergency Services are reviewed retrospectively to determine if the treatment received was Medically Necessary and appropriate. If the Member is admitted to a Mental Health or Severe Mental Illness facility for non-emergency treatment without Prior Authorization, Member will be responsible for the cost of services received.***

### *SECTION 8. Limitations*
*This section tells you when HPN's duty to provide or arrange for services is limited.*

### *8.2 Calendar Year and Lifetime Maximum Benefit Limitations*
*Please see the Attachment A Benefit Schedule for Calendar Year maximums or lifetime maximums applicable to certain benefits.*

In accordance with the Evidence of Coverage (EOC), the 2nd Level Formal Appeal is the final internal appeal process offered by the Plan.  Based on this information, rights to judicial review may be exercised if you are dissatisfied with the Health Plan's final adverse benefit determination.

 I. K
September 23, 2022
Page 5

## Other Member Rights
- Please contact Member Services at (800) 777-1840 if you need diagnosis and/or treatment code information regarding the services referenced in this communication.
- If you require assistance understanding this denial or our decision to deny the above referenced service or coverage, please contact the Member Services Department at (800) 777-1840.
- If you are dissatisfied with the health plan's determination, you may file a complaint by contacting the Member Services Department at (800) 777-1840. Complaints may also be submitted via facsimile to (702) 266-8813 or by mailing your written complaint to HPN at P.O. Box 14865, Mail Stop NV017-3020, Las Vegas, NV 89114.
- You may request that this notification and future correspondence be translated into a non-English language.  To request language translation services, please contact the Member Services Department at (800) 777-1840.
- If your plan is governed by the Employee Retirement Income and Security Act (ERISA), you may have the right to file a civil action under ERISA if all required reviews of your claim have been completed.
- Individual Health Plans are not governed by ERISA.

## Availability of Consumer Assistance/Ombudsman Services
There may be other resources available to help you understand the appeals process. If your plan is governed by ERISA, you can contact the Employee Benefits Security Administration at 1(866) 444-EBSA (3272). If your plan is not governed by ERISA, you can contact the Department of Health and Human Services Health Insurance Assistance Team at 1 (888) 393-2789.

In addition, your state consumer assistance program may also be able to assist you at the Office of the Governor, Consumer Health Assistance at (702) 486-3587 in Las Vegas, or toll-free at (888) 333-1597 if outside the Las Vegas area, or via e-mail at cha@govcha.state.nv.us.

The Office for Consumer Health Assistance was established to provide a single point of contact for consumers to assist them in understanding their rights and responsibilities under Nevada law and health care plans.   The Office is dedicated to providing assistance through information, counseling, and education.  In accordance with Patient Protection and Affordable Care Act the Office for Consumer Health Assistance also serves as an advocate for covered individuals during the appeals process.   Please remember the Office for Consumer Health Assistance is not a deciding official.