# EXHIBIT 9

# HPN Response to ERISA File Request



**HEALTH PLAN OF NEVADA**
A UnitedHealthcare Company

June 1, 2023

J███ K███
LAS VEGAS, NV ███

Member Name: J███ K███
Member Number: ██████0604
Re: Residential Treatment at Daniels Academy for 2021 and 2022

Dear J███,

This letter is in response to your request for your ERISA file. Your concerns are very important to us. Enclosed you will find copies of the files you have requested.

Your correspondence indicated that you were concerned that the Residential Treatment limitation violated the Mental Health Parity Act because there no similar treatment limitation on our medical services. There are various limitations on medical services, including limitations similar to Residential Treatment. We have listed two of the services below

- Skilled Nursing Facility – Subject to a combined Tier I, II, III maximum benefit of one hundred (100) days per Member per Calendar Year.

- Inpatient and Outpatient Respite Services Benefits are limited to a combined maximum benefit of five (5) Inpatient days or five (5) Outpatient visits per Member per ninety (90) days of Home Hospice Care.

If you have any questions, please call **702-242-7300** or toll-free at **1-800-777-1840**, Monday through Friday, 8:00 a.m. to 5:00 p.m. local time. TTY users can dial **711**.

Thank you for being a Health Plan of Nevada member.

Sincerely,

The Health Plan of Nevada Team
Member Services

CR_34_0814