AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| JULIE KATZ and NEAL KATZ, as parents and guardians of their minor child J.K., individually and on behalf of similarly situated individuals, <br><br> *Plaintiff(s)* <br><br> v. <br><br> HEALTH PLAN OF NEVADA, INC., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      HEALTH PLAN OF NEVADA, INC.
      c/o C T Corporation System, its registered agent
      701 S Carson St Ste 200
      Carson City, NV 89701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Pat Lundvall (NSBN 3761) <br> Daniel Aquino (NSBN 12682) <br> MCDONALD CARANO LLP <br> 2300 W Sahara Ave, Suite 1200 <br> Las Vegas, NV 89102 <br> Tel. (702) 873-4100 | Eleanor Hamburger, *Pro Hac Vice Forthcoming* <br> Richard E. Spoonemore, *Pro Hac Vice Forthcoming* <br> Daniel S. Gross, *Pro Hac Vice Forthcoming* <br> SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC <br> 3101 Western Avenue, Suite 350 <br> Seattle, WA 98121 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                *CLERK OF COURT*

Date: _____        _____
                                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: