James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar. No. 9695
DLS@pisanellibice.com
Tyler W. Stevens, Esq., Bar No. 16325
TWS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

Jennifer S. Romano
JRomano@crowell.com
*(Pro Hac Vice Application Forthcoming)*
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Amy Pauli
Apauli@crowell.com
Ashleigh Kaspari
AKaspari@crowell.com
*(Pro Hac Vice Applications Forthcoming)*
CROWELL & MORING LLP
1601 Wewatta Street, Suite 815
Denver, CO 80202
Telephone: 303.524.8660
Facsimile: 303.524.8650

*Attorneys for Defendant Health Plan of Nevada, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIE KATZ and NEAL KATZ, as parents and guardians of their minor child J.K., individually and on behalf of similarly situated individuals,<br><br>                    Plaintiffs,<br>v.<br><br>HEALTH PLAN OF NEVADA, INC.,<br><br>                    Defendant. | CASE NO.: 2:23-cv-01598-RFB-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

1

WHEREAS, Plaintiffs Julie Katz, Neal Katz, and Minor child J.K. ("Plaintiffs", commenced the above-captioned action (the "Action" on October 5, 2023 against Defendant Health Plan of Nevada, Inc. ("HPN";

WHEREAS, HPN was served with the Complaint on October 26, 2023, through the Nevada Division of Insurance pursuant to N.R.S. §§ 680A.250, 680A.260;

WHEREAS, HPN must file and serve an answer or motion under Rule 12 and N.R.S. § 680A.260 by November 24, 2023;

WHEREAS, Plaintiffs and HPN have agreed set a briefing schedule so that HPN may have sufficient time to respond to the Complaint and Plaintiffs have sufficient time to respond to any motion or other responsive pleading HPN files, as applicable; and

WHEREAS this is the first stipulation for extension of time for HPN to respond to the Complaint.

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and among the undersigned counsel, HPN's deadline to file its motion to dismiss under Rule 12(b and/or other responsive pleading or applicable motion is extended until January 17, 2024.

IT IS FURTHER STIPULATED AND AGREED that Plaintiffs shall have up to and including February 7, 2024 to file their response in opposition to the motion to dismiss and/or other responsive pleading or applicable motion.

IT IS FURTHER STIPULATED AND AGREED that HPN shall have up to and including February 21, 2024 to file its Reply in support of its motion to dismiss and/or other responsive pleading or applicable motion.

DATED this 17th day of November, 2023.

[*Signatures appear on the following page*]

| | |
|---|---|
| PISANELLI BICE PLLC | MCDONALD CARANO LLP |
| By:   /s/ Tyler W. Stevens<br>    James J. Pisanelli, Esq., #4027<br>    Debra L. Spinelli, Esq., #9695<br>    Tyler W. Stevens, Esq., #16325<br>    400 South 7th Street, Suite 300<br>    Las Vegas, Nevada  89101 | By:   /s/ Eleanor Hamburger<br>    Pat Lundvall, Esq., #3761<br>    Daniel Aquino, Esq., #12682<br>    2300 W. Sahara Avenue, Suite 1200<br>    Las Vegas, Nevada  89102 |

CROWELL & MORING LLP

    Jennifer S. Romano, Esq.,
    *(Pro Hac Vice Application Forthcoming)*
    515 S. Flower Street, 40th Floor
    Los Angeles, California  90071

    Amy Pauli, Esq.,
    Ashleigh Kaspari, Esq.,
    *(Pro Hac Vice Applications Forthcoming)*
    1601 Wewatta Street, Suite 815
    Denver, CO  80202

*Attorneys for Defendant*

SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC

    Eleanor Hamburger Esq. (Admitted *pro hac vice*)
    Richard E. Spoonemore, Esq. (Admitted *pro hac vice*)
    Daniel S. Gross, Esq. (Admitted *pro hac vice*)
    3101 Western Avenue, Suite 350
    Seattle, Washington  92121

*Attorneys for Plaintiffs*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  November 17, 2023

3