Pat Lundvall (NSBN 3761)
Daniel Aquino (NSBN 12682)
MCDONALD CARANO LLP
2300 W Sahara Ave, Suite 1200
Las Vegas, NV 89102
Tel. (702) 873-4100
Email: plundvall@mcdonaldcarano.com
Email: daquino@mcdonaldcarano.com

Eleanor Hamburger, Pro Hac Vice
Richard E. Spoonemore, Pro Hac Vice
Daniel S. Gross, Pro Hac Vice
SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303
Email: ehamburger@sylaw.com
Email : rspoonemore@sylaw.com
Email : dgross@sylaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIE KATZ and NEAL KATZ, as parents and guardians of their minor child J.K., individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH PLAN OF NEVADA, INC.,<br>Defendant. | Case No.:  2:23-cv-01598-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

By way of stipulation through their undersigned counsel, the parties hereby move under

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Rule 41(a) for an order dismissing the above matter in its entirety, with prejudice as to the individual
2  plaintiffs.
3      DATED: June 10, 2024.

| McDONALD CARANO LLP | CROWELL & MORING LLP |
|---|---|
| By: */s/ Daniel I. Aquino* | By: */s/ Amy Pauli* |
| Pat Lundvall (NSBN 3761) | Jennifer S. Romano |
| Daniel I. Aquino (NSBN 12682) | 515 South Flower Street, 40th Floor |
| 2300 West Sahara Avenue, Suite 1200 | Los Angeles, California 90071 |
| Las Vegas, Nevada 89102 | JRomano@crowell.com |
| | |
| Eleanor Hamburger, Pro Hac Vice | Amy Pauli |
| Richard E. Spoonemore, Pro Hac Vice | Apauli@crowell.com |
| Daniel S. Gross, Pro Hac Vice | Ashleigh Kaspari |
| SIRIANNI YOUTZ | AKaspari@crowell.com |
| SPOONEMORE HAMBURGER PLLC | 1601 Wewatta Street, Suite 815 |
| 3101 Western Avenue, Suite 350 | Denver, Colorado 80202 |
| Seattle, WA 98121 | |
| | PISANELLI BICE, PLLC |
| *Attorneys for Plaintiffs* | |
| | James J. Pisanelli |
| | Debra L. Spinelli |
| | 400 S. 7th Street, Suite 300 |
| | Las Vegas, Nevada 89101 |
| | |
| | *Attorneys for Health Plan of Nevada, Inc.* |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

Dated: June 14, 2024

2